IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
*OCALA DIVISION*

| | |
|---|---|
| PAMELA TRAVAGLIO, an individual, on behalf of herself and all others similarly situated, | CASE NO. 5:14-cv47-Oc-10PRL |
| | Hon. Wm. Terrell Hodges |
| Plaintiff, | **JOINDER TO DISPOSITIVE MOTION** |
| vs. | |
| GE CAPITAL RETAIL BANK, a national banking association, and ALLIED INTERSTATE, LLC, a Minnesota limited liability company, | |
| Defendants, | |

**DEFENDANT ALLIED INTERSTATE, LLC'S JOINDER TO DEFENDANT GE CAPITAL RETAIL BANK'S MOTION TO DISMISS COMPLAINT**

Defendant, ALLIED INTERSTATE, LLC, a Minnesota limited liability company ("ALLIED"), by and through its undersigned counsel, hereby joins in Defendant GE Capital Retail Bank's ("GECRB") Motion to Dismiss [Dkt. 21], filed March 14, 2014. This Joinder incorporates by reference GECRB's entire Motion to Dismiss and any and all documents filed by GECRB in support of its Motion to Dismiss as if fully set forth herein. In support of its Joinder, ALLIED states as follows:

The grounds for the Motion to Dismiss are fully set forth in GECRB's Motion to Dismiss and are equally applicable to ALLIED. Plaintiff's allegations against ALLIED relating to Count II, "Class Claim Against Allied under the Telephone Consumer Protection Act 47 U.S.C. § 227 *Et Seq.*," are substantively similar to her allegations against GECRB relating to Count I, "Class Claim Against GECRB under the Telephone Consumer Protection Act 47 U.S.C. § 227 *Et Seq.*"

CASE NO. 5:14-cv47-Oc-10PRL

WHEREFORE, Defendant ALLIED respectfully requests that this Court dismiss the TCPA claim against ALLIED with prejudice.

          Respectfully Submitted,

          /s/   J. Randolph Liebler
          J. Randolph Liebler (FBN 507954)
          Email: jrl@lgplaw.com
          Dora F. Kaufman (FBN 771244)
          Email: dfk@lgplaw.com
          Liebler, Gonzalez & Portuondo
          Courthouse Tower - 25th Floor
          44 West Flagler Street
          Miami, FL 33130
          Tel: (305) 379-0400
          Fax: (305) 379-9626

          -and-

          Felicia Yu, Esquire (pro hac vice)
          Email: fyu@reedsmith.com
          Lisa B. Kim, Esquire (pro hac vice)
          Email: lkim@reedsmith.com
          Reed Smith LLP
          355 South Grand Avenue, Suite 2900
          Los Angeles, CA 90071
          Tel: (213) 457-8000
          Fax: (213) 457-8080
          (Pro hac vice Motion pending)

          *Attorneys and Trial Counsel for*
          *Allied Interstate, LLC*

### **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served it upon counsel of record by U.S. mail at:

CASE NO. 5:14-cv47-Oc-10PRL

**SERVICE LIST**

Robert W. Murphy, Esq.
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(via CM/ECF)

Julie A. Petrick, Esq.
Lyngklip & Associates Consumer Law Center, PLC
24500 Northwestern Highway, Suite 206
Southfield, MI 48075
(via CM/ECF)

            */s/* J.Randolph Liebler
            J. RANDOLPH LIEBLER