# Exhibit A

# UNITED STATES DISTRICT COURT
# IN THE MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

## Case No. 5:14-cv-00047-WTH-PRL

PAMELA TRAVAGLIO, an individual, on
behalf of herself and all others similarly
situated,

          Plaintiff,

v.

GE CAPITAL RETAIL BANK, a national
banking association, and ALLIED
INTERSTATE, LLC, a Minnesota limited
liability company,

          Defendants.

_____/

## DECLARATION OF MARTHA KOEHLER
## IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND
## <u>MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS</u>

I, Martha Koehler, declare as follows:

1.      I am a Manager of Litigation Support employed by GE Capital Retail Bank,

formerly known as GE Money Bank ("GECRB"). My responsibilities include regularly

providing research and support assistance for claims and litigation involving GECRB. I have

performed these responsibilities for GECRB or its predecessors since 1994. The facts stated

herein are true and correct and based upon my own personal knowledge, or knowledge based

upon my review of GECRB's business records pertinent to this matter. If called as a witness to

testify, I could and would competently testify to the facts set forth herein.

2.      GECRB is a federal savings association that, among other things, issues credit

card accounts to consumers. GECRB is regulated, supervised and examined by the Office of

Comptroller of the Currency.

3.      GECRB 's corporate headquarters has been located in Utah since February 2005. From July 2009 through the present, GECRB's corporate headquarters has been located at 170 Election Road, Draper, Utah.

4.      As indicated above, GECRB was formerly known as GE Money Bank.  On or about October 1, 2011, GECRB changed its name from GE Money Bank to GE Capital Retail Bank.  GECRB is a wholly owned subsidiary of Synchrony Financial, which is a wholly owned subsidiary of GE Consumer Finance, Inc.  GE Consumer Finance, Inc. is a wholly owned subsidiary of General Electric Capital Corporation, which is in turn a wholly owned subsidiary of General Electric Company.

5.      My responsibilities include regularly accessing GECRB's cardholder records, maintaining and compiling histories of cardholder terms and conditions, and investigating account records and transaction histories including communications to and from customers.  I am familiar with the manner in which credit card account records and account agreements are maintained and the manner in which mailings are sent to GECRB cardholders.

6.      In the ordinary course of its regularly conducted business, GECRB maintains electronic records related to each account.  These records are made at or about the time of the events reflected in each record.   Among other things, these records enable GECRB to determine what documents were sent to a cardholder and what telephone calls were made to the holder of an account.  GECRB relies on these electronic records in the ordinary course of managing and servicing its customers' accounts.  GECRB conducts regular audits and quality checks to ensure that its standards and requirements for mailings, record creation and maintenance are strictly observed.  I believe these records to be accurate and reliable.

7.      GECRB has a number of credit card programs, including one known as CareCredit under which it issues CareCredit cards that allow consumers to pay for healthcare and veterinary costs within a certain network of providers through specialized financing plans. GECRB also has a Home Design program under which it issues Home Design cards that allow consumers to pay for home furnishing, decorating and remodeling through specialized financing plans and had a Hunter Douglas program under which it issued cards that allowed consumers to pay for Hunter Douglas products through specialized financing plans. I have personally reviewed GECRB's records pertaining to plaintiff Pamela Travaglio and found that she is the accountholder of a CareCredit account. I have also personally reviewed GECRB's records pertaining to Thomas Travaglio's GECRB accounts, including the Home Design account referenced in the Amended Complaint. My statements in this declaration regarding Ms. Travaglio's account and Mr. Travaglio's account are based on my personal review of these business records.

**Ms. Travaglio Agreed to the GE Capital Retail Bank Credit Card Account Agreement**

8.      GECRB's records reflect that Ms. Travaglio applied online for a CareCredit card on May 12, 2012. GECRB immediately approved Ms. Travaglio's online application, which is reflected in the "GE Card Services Application Profile - Approved." A true and correct copy of the GE Card Services Application Profile - Approved is attached as Exhibit A (redacted to protect Ms. Travaglio's personal information). The last four digits of Ms. Travaglio's CareCredit account number are 7049.

9.      Ms. Travaglio, when applying for her CareCredit account online by filling out the online application and submitting it, was shown the GE Capital Retail Bank Credit Card Account Agreement ("Agreement") and required to agree to its terms. A true and correct copy of the

Agreement is attached as Exhibit B.  GECRB's records reflect that on May 13, 2012, GECRB mailed Ms. Travaglio the credit card and a hard copy of the Agreement.

10.     After Ms. Travaglio agreed to the Agreement, Ms. Travaglio made purchases using her credit account with GECRB.  For instance, on May 14, 2012, Ms. Travaglio charged $792.05 to her GECRB credit account.  Thereafter, she continued to make purchases using her GECRB account.

**The Agreement Contains An Arbitration Clause Requiring Individual Arbitration of Any Claims that Relate to the Account**

11.     GECRB generally includes an arbitration provision in its credit card account agreements.  Here, the Agreement contains the following two provisions:

- **What claims are subject to arbitration**
1. If either you or we make a demand for arbitration, you and we must arbitrate any dispute or claim between you or any other user of your account, and us, our affiliates, agents and/or participating professionals that accept the card or program sponsors if it relates to your account, except as noted below.

**No Class Actions**
**YOU AGREE NOT TO PARTICIPATE IN A CLASS, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION AGAINST US IN COURT OR ARBITRATION.**

12.     The Agreement provided Ms. Travaglio with the right to reject the "Resolving A Dispute With Arbitration" section of the Agreement, which contains the arbitration and "No Class Actions" provisions identified above.  Ms. Travaglio could have done so without affecting any other aspect of the Agreement.  To reject the "Resolving A Dispute With Arbitration" section, the Agreement required Ms. Travaglio to send GECRB a notice within sixty (60) days after opening the account.

13.     As part of GECRB's regular activities in the ordinary course of business, GECRB employs a systematic process to record notices rejecting the arbitration provision in the

Agreement.  If GECRB receives a notice rejecting the arbitration provision, the notice is

electronically scanned and a note is recorded in the electronic file associated with the sender's

account. These records are made at the time a rejection notice is received.

14.     Based on my review of GECRB's records relating to Ms. Travaglio's account,

GECRB did not receive a notice from Ms. Travaglio exercising her right to reject the "Resolving

A Dispute With Arbitration" section in the Agreement.

**Ms. Travaglio Provided GECRB with the Phone Number (352) 391-4483 and a Lady Lake,
FL Address In Connection with Her Account**

15.     In her Amended Complaint, Ms. Travaglio asserts that she did not consent to

GECRB calling her at the phone number (352) 391-4483 and specifically identifies three calls

made in March 2013 as to which a message was left in which GECRB was identified.  (Am.

Compl. ¶¶ 24, 32.)  As explained below, Ms. Travaglio provided the phone number (352) 391-

4483 to GECRB when updating her CareCredit account records in July 2012, and GECRB did

call that number and leave messages relating to her CareCredit account in March 2013.  Thus, I

believe Ms. Travaglio has asserted a claim that relates to her CareCredit account.

16.     The Agreement to which Ms. Travaglio agreed states:

**Consent to Communications**. You consent to us contacting you using all channels of
Communication and for all purposes. We will use the contact information you provide to
us. You also consent to us and any other owner or servicer of your account contacting
you using any communication channel. This may include text messages, automatic
telephone dialing systems and/or an artificial or prerecorded voice. This consent applies
even if you are charged for the call under your phone plan. You are responsible for any
charges that may be billed to you by your communications carriers when we contact you.

**Address/Phone Change**. You agree to tell us right away if you change your address or
phone number(s). We will contact you at the address or phone number in our records
until we update our records with your new address or phone number.

Thus, Ms. Travaglio had an obligation to provide updated contact information to GECRB if her

address or phone number changed, and she consented to GECRB using all channels of

Communication for all purposes, including the use of automatic telephone dialing systems and an

artificial or prerecorded voice even if she was charged for the call.

17.     The contact information initially provided on the account was for an address in

Lemont, IL and an Illinois phone number ending in 4085.  However, Ms. Travaglio appears to

have moved from Illinois to Florida and her contact information was changed.  The current

address on her account is a Lady Lake, FL address, and the last known number in the home

number field on her account was (352) 391-4483.  As explained below, I have determined that

this information was provided to GECRB by someone accessing Ms. Travaglio's account

through GECRB's website using Ms. Travaglio's username and password.  The person accessing

Ms. Travaglio's account updated the contact information to the Lady Lake, FL address and (352)

391-4483 phone number.

18.     GECRB provides a website to its cardholders that allows cardholders to access

their accounts with a username and password, after which they can do such things online as

check account balances, make payments and update their account information.  In order to access

their accounts online, a cardholder must create a unique user identification name and password.

19.     iGATE Corporation, a third-party company, operates and administrates the

Consumer Center website on behalf of GECRB ("Administrator").  The Administrator records

all user activity on the website and maintains it in an Oracle database.

20.     I contacted a representative at the Administrator and requested that he run a query

for all the user activity for Ms. Travaglio's CareCredit account on the GECRB website.  He did

so and provided two screenshots from the Administrator's database of all of the user activity

specifically for Ms. Travaglio's account—one screenshot shows the username associated with Ms. Travaglio's CareCredit account and the other screenshot shows all of the user activity for that account. A true and correct copy of the username screenshot and a true and correct copy of the account activity screenshot are attached as Exhibits C and D respectively (both are redacted to protect Ms. Travaglio's personal information). Exhibit C shows that a seven-letter user identification name (redacted to protect Ms. Travaglio's personal information) was created for the GECRB account number ending in 7049, which is Ms. Travaglio's CareCredit account.

21.    In Exhibit D, the eleventh row shows that an individual using Ms. Travaglio's seven-letter username logged into the Consumer Center website on July 7, 2012 and changed the telephone number and address associated with Ms. Travaglio's CareCredit account. The first column of row eleven (11) states PERSONAL_INFORMATION_UPDATE_ACTY, which means that the user updated her personal account information. The fifth column of row eleven (11) indicates the date and time on which the user updated the personal information: 3:34 p.m. ET on July 7, 2012. The seventh column indicates that the user updated the address associated with the account to the Lady Lake, FL address (the same Lady Lake, FL address referenced in ¶¶ 17, 22-23). The ninth column of row eleven (11) indicates that the user changed the phone number associated with Ms. Travaglio's CareCredit account to (352) 391-4483. That number is the number at issue in Ms. Travaglio's Amended Complaint. Finally, the twelfth column shows that the user changed the address and phone number for the account ending in 7049, which is Ms. Travaglio's CareCredit account.

22.    The July 7, 2012 contact information was successfully used to contact Ms. Travaglio, which further supports that the change was made by Ms. Travaglio through the website. GECRB's records reflect that it sent billing statements to Ms. Travaglio on a monthly

basis from May 2012 through August 2013.  From May 2012 until June 2012, GECRB sent its billing statements to Ms. Travaglio at a Lemont, IL address.  A true and correct copy of the June 17, 2012 billing statement is attached as Exhibit E (redacted to protect Ms. Travaglio's personal information).  On July 18, 2012, GECRB began to send its billing statements to Ms. Travaglio at the Lady Lake, FL address.  A true and correct copy of the July 18, 2012 billing statement is attached as Exhibit F (redacted to protect Ms. Travaglio's personal information).  GECRB's records also reflect that Ms. Travaglio made seven (7) payments in response to the billing statements sent to the Lady Lake, FL address.

23.     According to GECRB's account records, Ms. Travaglio also sent correspondence to GECRB from the same Lady Lake, FL address.  A true and correct copy of one such correspondence, a June 27, 2013 letter from Ms. Travaglio to GECRB, is attached as Exhibit G (redacted and letter's attachments not included to protect Ms. Travaglio's personal information).  GECRB has not received any evidence that suggests any of the documents I have described in this declaration relating to Ms. Travaglio's account were not delivered to her mailing address.

**All of the Calls Specifically Identified in the Amended Complaint Were Made in Relation to Ms. Travaglio's CareCredit Account**

24.     GECRB's records reflect that Ms. Travaglio did not make any payments to GECRB after February 6, 2013.  Beginning on January 20, 2013, GECRB sent letters to Ms. Travaglio informing her that her account was past due, and beginning in March 2013, GECRB sent Ms. Travaglio letters informing her that her account was delinquent.  A true and correct copy of a January 20, 2013 Past Due letter from GECRB to Ms. Travaglio and a true and correct copy of a March 26, 2013 Delinquency letter from GECRB to Ms. Travaglio are attached as Exhibits H and I respectively.  GECRB's records reflect that Ms. Travaglio owed GECRB $2,087.55 as of August 10, 2013.

25.     As part of GECRB's regular activities in the ordinary course of business, GECRB employs a systematic process to record the date and time it makes collection calls to the phone number associated with an accountholder's account.  If GECRB makes such a phone call, the date and time are electronically recorded in the electronic file associated with the accountholder's account. These records are made at the time the phone call is placed.  According to GECRB's records, GECRB began to place calls to the number associated with Ms. Travaglio's account on January 20, 2013.

26.     I reviewed the Amended Complaint and read that Ms. Travaglio alleges that GECRB left three prerecorded messages on Ms. Travaglio's phone in March 2013 and that GECRB made multiple calls to her phone in 2013.  (Am. Compl. ¶¶ 24, 30.)  According to GECRB's records, GECRB made calls regarding Ms. Travaglio's delinquent account to the number associated with Ms. Travaglio's account from January 20, 2013 through April 19, 2013, at which point it placed Ms. Travaglio's account with Allied Interstate, LLC.

**Mr. Travaglio's Application and Use of His Home Design Card**

27.     GECRB's records reflect that Mr. Travaglio applied for a Hunter Douglas card account in January 2010.  GECRB approved Mr. Travaglio's application, which is reflected in the "GE Card Services Application Profile - Approved." A true and correct copy of the GE Card Services Application Profile - Approved is attached as Exhibit J (redacted to protect Mr. Travaglio's personal information).  The last four digits of Mr. Travaglio's account number are 5069.  GECRB re-designated its Hunter Douglas accounts, including Mr. Travaglio's account, as Home Design accounts on November 19, 2011.  GECRB did not alter any terms or conditions when re-designating the accounts.

28.     Mr. Travaglio, when applying for his GECRB account, agreed to the GE Money

Bank Credit Card Agreement ("Home Design Card Agreement").  A true and correct copy of the

Home Design Card Agreement is attached as Exhibit K.

29.     The Home Design Card Agreement provided to Mr. Travaglio states:

**16. USE OF INFORMATION ABOUT YOU AND YOUR ACCOUNT/
CONSENT TO COMMUNICATIONS.** You authorize and direct us to furnish
information about you and your Account to Retailers/Merchants/Dealers that
accept this Credit Card (and their affiliates and program sponsors) for use in
connection with this Credit Card program, including to create and update their
customer records, to assist them in better serving you, and to provide you with
special promotions. In addition, you agree to the use of information about you
and your Account described in the Privacy Policy. The Privacy Policy is a part
of this Agreement and is enclosed or attached hereto. You agree that we and any
other owner or servicer of your account may contact you using any information
or cell phone numbers you provide (whether previously or in the future). In
addition, you expressly agree that we may contact you about your account
using any automated telephone dialing system and/or artificial or prerecorded
voice message even if you are charged for the call under your phone plan. You
may limit this consent based on the options we may provide to you by calling
customer service. Any charges for contacting you which may be billed to you
by your communications carrier are your responsibility.

30.     GECRB updated some of the terms of the Home Design Card Agreement on

August 22, 2010, February 16, 2012 and June 22, 2012, but GECRB did not change the "Use of

Information About You and Your Account/Consent To Communications" term set out above.

31.     After Mr. Travaglio agreed to the Home Design Card Agreement, Mr. Travaglio

made a purchase using his credit account with GECRB.

32.     GECRB's records reflect that it sent billing statements to Mr. Travaglio on a

monthly basis from May 2010 through June 2013.  From May 2010 until June 2012, GECRB

sent its billing statements to Mr. Travaglio at a Lemont, IL address.  A true and correct copy of

the June 22, 2012 billing statement is attached as Exhibit L (redacted to protect Mr. Travaglio's

personal information).  On July 23, 2012, GECRB began sending its billing statements to Mr.

Travaglio at a Lady Lake, FL address.  A true and correct copy of the July 23, 2012 billing statement is attached as Exhibit M (redacted to protect Mr. Travaglio's personal information).

33.     According to GECRB's account records, Mr. Travaglio also sent correspondence to GECRB from the same Lady Lake, FL address.  A true and correct copy of one such correspondence, a May 2, 2013 letter from Mr. Travaglio to GECRB, is attached as Exhibit N (redacted to protect Mr. Travaglio's personal information).  GECRB has not received any evidence that suggests any of the documents I have described in this declaration relating to Mr. Travaglio's account were not delivered to Mr. Travaglio's mailing address.

34.     GECRB's records reflect that Mr. Travaglio's account became delinquent. Beginning in January 2013, GECRB sent letters to Mr. Travaglio informing him that his account was past due, and beginning in February 2013, GECRB sent Mr. Travaglio letters informing him that his account was delinquent.  A true and correct copy of a January 3, 2013 Past Due letter from GECRB to Mr. Travaglio and a true and correct copy of a February 4, 2013 Delinquency letter from GECRB to Mr. Travaglio are attached as Exhibits O and P respectively.

35.     According to GECRB's records, GECRB began to place calls to (352) 391-4483, the number associated with Mr. Travaglio's account, on December 18, 2012.

36.     On February 23, 2013, GECRB  placed Mr. Travaglio's account with Allied Interstate, LLC for collection.  GECRB did not make any calls regarding Mr. Travaglio's delinquent account at any time after the account was placed with Allied.

**Mr. Travaglio's Access of the GECRB Cardholder Website**

37.     I contacted a representative at the Administrator and requested that he run a query for all the user activity for Mr. Travaglio's Home Design account on the GECRB website.  He did so and provided a screen shot from the Administrator's database of all of the user activity

specifically for Mr. Travaglio's accounts with GECRB.  A true and correct copy of the screenshot is attached as Exhibit Q (redacted to protect Mr. Travaglio's personal information).  The eighth column of the first row (labeled RPT_COL_VALUE_C and ACCOUNT_MOVED_ACTY respectively) shows that a user identification name that is substantially similar to Ms. Travaglio's username was created for the Consumer Center account associated with Mr. Travaglio's Home Design account.  Mr. Travaglio's username uses the exact same seven letters as Ms. Travaglio's username but adds four numbers (that appear to be a date) to the end of those same seven letters (redacted to protect Mr. Travaglio's private information).

38.    Also in Exhibit Q, the eighteenth row shows that an individual using Mr. Travaglio's username logged into the Consumer Center website on July 7, 2012 and changed the telephone number and address associated with Mr. Travaglio's Home Design card account.  The first column of row eighteen (18) states PERSONAL_INFORMATION_UPDATE_ACTY, which means that the user updated his personal account information.  The fifth column of row eighteen (18) indicates the date and time on which the user updated the personal information: 2:23 p.m. ET on July 7, 2012.  The seventh column indicates that the user updated the address associated with the account to a Lady Lake, FL address (the same Lady Lake, FL address referenced in ¶¶ 32-33).  This update is consistent with the mail sent to Mr. Travaglio, as July 23, 2012 was the first date that GECRB sent mail to Mr. Travaglio's Lady Lake, FL address.  The ninth column of row eighteen (18) indicates that the user changed the phone number associated with Mr. Travaglio's Home Design card account to (352) 391-4483.  That number is the number at issue in Ms. Travaglio's Amended Complaint.  Finally, the twelfth column shows that the user changed the address and phone number for the account ending in 5069, which is Mr. Travaglio's Home Design account.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 25th day of April, 2014, at

MERRIAM, KANSAS.

**MARTHA KOEHLER**

13

# Exhibit A

```
1REPORT NO - OLNACS # 15                      GE CARD SERVICES                              PAGE   1
0PROG. NO. F15                          APPLICATION PROFILE - APPROVED                     07/03/12

CENTER CODE - 0    SOCIAL SECURITY NUMBER -
KEY=76815638 ENTRY OPR|DATE|TIME|STATUS = 9900  |12133|125852|99 APP. IS I PRIMARY KEY IS 00000000
AUDIT TABLE = 000000|12133|125852|02*000000|12133|125852|99*9900  |12133|125852|99*    |00000|000000|  *
FINAL TABLE = 000000|12133|125853|02|SURVEY|000*    |00000|000000|  |    |000*    |00000|000000|  *
|00000|000000|  |    |000*    |00000|000000|  |    |000*
STATUS - 02 SYSTEM REC - 04
AUTO CREDIT RPT - Y CREDIT BUREAU - CCC          CREDIT REPORTS SCORED: CCC1

---------------------------------------------------------------------------------
/ 76815638 9900   12133 125852  CREDIT ANALYST SCREEN   000000 12133 125853
/ PROD SB GRP 04 MERCH# 5348120284170693 STORE          IND AA ORI I CLI N
/ SN#            CLBK N MERP## 000 000 0000 MERADD LEMONT              IL 604390742
/ REQ 000800 PID 61266156933T   ST IL EX 1114 CID                ST   RR 0000  /
/ PRI FIRST PAMELA                   MI A LAST TRAVAGLIO              SUF        /
/     BIRTHDT        AGE     SSN#                        TIMEAD 0000            /
/     ADDRESS                       ADD2                                        /
/     CITY LEMONT           ST IL ZIP 604390000 HPH          TIMEAD 0000        /
/     EMP                   INC 039996 FREQ A OTHINC 000000 FREQ A TOT INC 0039996/
/     EMP PH 000 000 0000 TIMEONJOB 0000 RES TYPE O MORT/RENT PMT 00000         /
/     RELF                 M    L                        PH 000 000 0000        /
/ CO- FIRST                  MI    LAST                       SUF               /
/     BIRTHDT 0000 0000 AGE 00 SSN# 000 00 0000 HPH 000 000 0000 TIMEAD 0000    /
/     ADDRESS                       ADD2                                        /
/     CITY                 ST   ZIP 000000000   EMP              TMJOB 0000      /
/     INCOME 000000 FREQ A OTHINC 000000 FREQ A  EMP PH 000 000 0000 RES TYPE   /
/ PRI USE Y CRED 0024 RISK 0049 FRD 0076 DTI 25 RECS 002500 APRS 002500 MTS 00 N/
/ CO  USE   CRED 0000 RISK 0000 FRD 0000 DTI 00 LTR      PHOTO N DEF 00000 XSEL N/
/ ACCT#              17049 USER1        USER2         LANG E GRD Z NOTICE       /
/ RFACCT#            7049 EMP# 00000 FAXCOM                        FSTAT        /
/ DP I PD Y J1 Y J2 Y J3 N J4 Y QUE                OV    RR                     /
/ OPT-OUT            APPROVED WITH CREDIT REPORT             TIER A  APR 00.00/
---------------------------------------------------------------------------------

--------------------------------------------------------------------------------+
/ 76815638 9900   12133 125852  STIPULATION INFO SCREEN  000000 12133 125853
/ PROD SB GRP 04 MERCH# 5348120284170693 STORE          IND AA ORI I

/ FREE FORM STIPULATIONS:



/ FAX STIPULATION CODES:






/            APPROVED WITH CREDIT REPORT
--------------------------------------------------------------------------------

--------------------------------------------------------------------------------+
/                    RISK BASED PRICING HISTORY
/APP KEY 76815638 NAME PAMELA         A TRAVAGLIO
/MERCHANT 5348120284170693  PRODUCT SB  GROUP 04   PRIM TIER A   COAP TIER
/
/                         PAYMENT      DEALER
/    PLAN       APR       FACTOR       PARTICIPATION
/
/             00.00    0.000000         00.00
/
/             00.00    0.000000         00.00
/
/             00.00    0.000000         00.00
/
/             00.00    0.000000         00.00
/
/
/
/
--------------------------------------------------------------------------------

--------------------------------------------------------------------------------+
/ 76815638 9900   12133 125852  MISC APP DATA SCREEN    000000 12133 125853
/ PROD SB GRP 04 MERCH# 5348120284170693 STORE          IND AA ORI I
/
/ INSUR (Y/N) N REP#           REWARD                 PLASTIC CODE
/
/ CELL PH
/ UNIT TYPE
/ FDR PAYMENT FACTOR 03.800 ACCOUNT BALANCE 000000 FDR MINIMUM PAYMENT 00
/ PRIMARY INCOME VERIFIED   ATR MAX CL 093900
/ CO-APP  INCOME VERIFIED   ATR MAX CL 000000
/ TOTAL ATR INCOME 000000 FINAL ATR MAX CL 093900
/ CLI WRITTEN CONSENT   DATE
/ CLI RESPONSE REASON CODE   FDR: ORIGINAL CL 000000
/ CLI APP ADDRESS:
/ ADDR1                    ADDR2
/ CITY               ST   ZIP 000000000
/ CLI COAPP ADDRESS:
/ ADDR1                    ADDR2
/ CITY               ST   ZIP 000000000
/            APPROVED WITH CREDIT REPORT
--------------------------------------------------------------------------------

--------------------------------------------------------------------------------+
/ 76815638 9900   12133 125852  DUAL CARD DATA SCREEN   000000 12133 125853
/ PROD SB GRP 04 MERCH# 5348120284170693 STORE          IND AA ORI I
/
/ USE CODE       PRIM Y COAP
/ RISK TIER      PRIM A COAP
/ ORIG RISK TIER PRIM A COAP
/ CASH LIMIT     000000
```

```
/ TEMP LIMIT     000000
/ TEMP EXPIR     0000000
/ EXPIRE DATE    0000
/ MERCH APR
/ DOWNSOLD          N
/ ORIG PROG
/ REWARD
/ PASSCD
/ 1ST TIER RSN P
/ 1ST TIER RSN C

              APPROVED WITH CREDIT REPORT
/
```

```
+----------------------------------------------------+
/ 76815638 9900   12133 125852   MANAGER DATA SCREEN    000000 12133 125853
/ PROD SB GRP 04 MERCH# 5348120284170693 STORE         IND AA ORI I
/
/ USE CODE        PRIM Y COAP
/ RISK TIER       PRIM A COAP
/ ORIG RISK TIER PRIM A COAP




              APPROVED WITH CREDIT REPORT
/
```

```
+----------------------------------------------------+
/ 76815638 9900   12133 125852   ADDITIONAL INFO SCREEN  000000 12133 125853
/ PROD SB GRP 04 MERCH# 5348120284170693 STORE         IND AA ORI I
/ PRIMARY CONTACT      NAME
/ PRIMARY ADDITIONAL ADDR
/ COAPP   CONTACT      NAME
/ COAPP   ADDITIONAL ADDR
              APPROVED WITH CREDIT REPORT
```

```
+----------------------------------------------------+
/ 76815638 9900   12133 125852   INTERNET DATA SCREEN   000000 12133 125853
/ IP ADDRESS 71.194.221.229
/
/ QUOVA: FILE LOOKUP S AREA CODE 815 MISMATCH Y ZIP CODE 6044600 MISMATCH N
/ COUNTRY CODE US CF 99 DISTANCE 0006 CONNECTION TYPE C   ROUTING TYPE F
/ LINE SPEED M HOME T DMA 602 REGION GRL ORG TYPE ISP ANON U TLD/SLD MIS Y
/ SLD COMCAST
/ TLD NET            FOREIGN COUNTRY N STATE CODE IL TIME ZONE 000
/ RISKY IP N RISKY SLD/TLD N
/
/ IOVATION: GEOA# 1421336841932830    DEVICE ALIAS 8135678660S5079379
/ REAL IP ADDR 71.194.221.229     COUNTRY CODE US  REGION ILLINOIS
/ RULES TRIGGERED 000 TOTAL SCORE 900 RULE A REASON    RULE A SCORE
/ RULE E REASON     RULE E SCORE     RULE G REASON     RULE G SCORE
/ RULE R REASON     RULE R SCORE     RULE V REASON     RULE V SCORE
/ TRACKING# 7459136220
```

```
+----------------------------------------------------+
/ 76815638 9900   12133 125852   FRAUD ANALYST SCREEN   000000 12133 125853
/ VICTIM-STMT                        ALERT-STMT
/ APP-PRIM F PAMELA          M A L TRAVAGLIO            S
/ APP-PRIM F PAMELA          M A L TRAVAGLIO            S
/ APP-ADDR                   ADD2
/   CITY LEMONT         ST IL ZIP 604390000 APP-SSN        APP-DOB
/ BUR-ADDR                   ADD2
/   CITY LEMONT         ST IL ZIP 604390000 BUR-SSN        BUR-DOB
/ HOME-PHONE               EMP-PHONE 000 000 0000 NEAR-REL-PHONE 000 000 0000
/ EMP              REL F        L
/ COAP F                     M   L                S
/ COAP ADDR                  ADD2
/   CITY               ST    ZIP 000000000 COAP-VICTIM  COAP-ALERT
/ CBSN 000000000 CHPH 000 000 0000 CWPH 000 000 0000 FI 039996 F A CI 000000  F A/
/ MER-NAME ARCHER VET CLINIC LTD   MER-PH 000 000 0000 MER# 5348120284170693
/ MER-ZIP 604390742 DISTANCE 000 STORE          OLD MER#      FRD ALSO
/ PRI FRD 0761 CRED 0241 RSK 0496 ID 61266156933T   ST IL EX 1114 #INQ-6DYS 00 /
/ CO  FRD 0000 CRED 0000 RSK 0000 ID            ST    EX 0000 #INQ-TOT  05  /
/ NOTICE         FD SB GP 04 LTR     TOT FAMINC 0039996 TIMAD 0000 ORG I BUR C  /
/ ACCT #         7049 SALE AMT 000800 REC-LIM 002500 APR-LIM2 002500 MTS 00  /
/ DP I FR Y J1 Y J2 Y J3 N J4 Y QUE              OV    RR
/              APPROVED WITH CREDIT REPORT
```

```
+----------------------------------------------------+
/         APPLICATION AUDIT/INFORMATION SCREEN
/ CENTER CODE 0    KEY NUMBER 76815638   PRODUCT/SUBPRODUCT TYPE SB
/ ALGORITHM NWF    GEO CODE 00   REGION CODE 000   LOAN CLASS 001   TIME ZONE 0
/ APPLICATION RECORD LENGTH 08192   SYSTEM RECOMMENDATION 04   STATUS D2
/ ALPHA ALTERNATE INDEX BD D TRAVAGLI PAMELA A   SPECIAL HANDLING IND N
/ QUE INFO -  CODE     PRIORITY 0 MESSAGE CODE    DISPLAY     QUEUE BY PROD SWITCH X/
/         MATRIX CODE     VIP CODE    TIME PLACED IN QUEUE 6332610
/ CALLBACK? N  DATE/TIME 0000000  000000 JOINT/COMAKER INDICATOR I
/ APPLICATION ENTERED ON 2012133  AT 012585 BY 9900   R DEFINITS DUP KEY 00000000/
/                     OP#/TYPE    DATE      TIME    ELAPSED  STATUS
/ APPLICATION        000000 C  2012133    012585   000000     02
/ MAINTENANCE        000000 C  2012133    012585   000000     99
/ AUDIT              9900      2012133    012585   000000     99
/ INFORMATION                  0000000    000000   000000
/ (MOST RECENT FIRST)          0000000    000000   000000
```

```
                         OP#/TYPE   DATE      TIME  ELAPSED  SCORE  ANALYST STATUS/
/ ---1ST DECISION--->  000000 C  2012133  12585 000000  000    SURVEY  02
/ LAST 5 APP           000000 C  12133    12585 000000  000    SURVEY  02
/ FINALIZATION                    00000          000000 000000 000
/ DECISIONS                       00000          000000 000000 000
/ AUDIT INFORMATION               00000          000000 000000 000
/ (MOST RECENT LAST)              00000          000000 000000 000
```

```
/ ----------------------------------------------------------------------------- /
/ 76815638 9900   12133 125852                      000000 12133 125853         /
/                       FRD/PTR POINT SCORE SUMMARY                             /
/ FRAUD              PTR                       DTI                              /
/ OLDTRD     0278    HITNOHIT    N    RVLBAMT    0018338   REVOLSUM 0000741      /
/ HITNOHIT     N    RADARSCOR 0000   REVLNICR   0020850   NREVSUM  0000113      /
/ NUMINQ       05    NUMTRD      28   NETREV       088     MORTGSUM 0000000      /
/ INQSDAY      00    USERETL     02   NOTDELQ      26                           /
/ RISKFLG           UPDRETL     00   DEROG        00      GEO RISK              /
/ RADARSCORE 0000    RTLNBAL     00   PD3ODAYS     00      FF      00           /
/ MRINQ  12082011    USERVLOP    10   FINCOTRD     00      OS      I            /
/ MORTTRD      03    UPDRVLOP    07   VLDBNKTR     07      FRD HIT 000 MTHS      /
/ OLDOPN       32    REVLNBAL    05   RISK BASED CL 002500 LETTER VIA ALT R     /
/ RADAR CARD         USETOTTD    26   PRELIM ATR DTI 020   PRELIM ATR RANK 1    /
/ FICO SCORE 00680   UPDTOTTD    08   FINAL  ATR DTI 020   FINAL  ATR RANK 1    /
/ QUE HIT FLAG  N    TOTWBAL     06   ATR IR TABLE QUEUE                        /
/ QUE MAX WGHT 002   USEBNKTR    09              AUTO-MARKETING DATA            /
/ CHALLENGER STR 4   VALBNKTR    07              PARENT KEY NUMBER 000000000    /
/ ADDR DISCREP  N    BNKRTL75    05              PARENT ENTRY DATE  0000000     /
/ SSN MISMATCH  N    USERVLRT    10              PARENT STATUS                  /
/ NAME MISMATCH N    NRMRVLRT    09              PARENT USE CODE                /
/ MINI-APP           VLDVLRT     07              FORCE DECISION FLAG            /
/ ADDRESS VERIFY                                 CROSSELL PROD CODE             /
/ ----------------------------------------------------------------------------- /
```

```
/ ----------------------------------------------------------------------------- /
/ 76815638 9900   12133 125852   APPLICATION SCORES  000000 12133 125853        /
/ PRODUCT CODE: SB  GROUP CODE: 04  DEC BASED ON PRI 1ST APPROVAL DATE 2012133   /
/ PRIMARY:                            COAPPLICANT:                              /
/ CREDIT BUREAU        CCC SEG ID 07   CREDIT BUREAU          SEG ID 99         /
/ RISK TIER            A               RISK TIER                                /
/ 1ST PARTY ABUSE   00758 SKIP 00734   1ST PARTY ABUSE   00000 SKIP 00000       /
/ CREDIT SCORE       0241 NWF          CRSDIT SCORE       0000                  /
/ RADAR SCORE        0000 25           RADAR SCORE        0000                  /
/ RADAR2 SCORE       0496 U NW I7 IV NE RADAR2 SCORE      0000                  /
/ CI SCORE           00477             CI SCORE           0000                  /
/ BANKRUPTCY SCORE   00652             BANKRUPTCY SCORE   00000                 /
/                                                                              /
/ FICO SCORE     00680 T9 TA TC TD I R8 FICO SCORE        0000                 /
/ FRD 6 SCORE     0761               FRD 6 SCORE         0000                  /
/                                                                              /
/ PINNACLE SCORE    0000 25           PINNACLE SCORE      0000                 /
/ BNI SCORE         0000 25           BNI SCORE           0000                 /
/ CS ATTRIBUTE REASON    CB REPULL    CS ATTRIBUTE REASON     CB REPULL        /
/ CRMS SCORES                         CRMS SCORES                              /
/ HEALTHCARE: SEG 06   SCORE 063      HEALTHCARE: SEG     SCORE 000            /
/ IDA:      IND Y  SCORE 606          IDA:      IND       SCORE 000            /
/ WARNING CODES 527 591 905           WARNING CODES 000 000 000 000            /
/ ----------------------------------------------------------------------------- /
```

```
/ ----------------------------------------------------------------------------- /
/ 76815638 9900   12133 125852   POINT SCORE SUMMARY  000000 12133 125853       /
/ CLUSTER 07   SCORE 00477 CONSUMER INSTALLMENT SCORE CARD - PRIM              /
/                                                                              /
/ USE           DATA POINTS    USE           DATA POINTS                       /
/ Y FICO 075      00  0062     Y VECTOR 655     01  0043                        /
/ Y FICO 007      099 0032     Y FICO 043       N   0039                        /
/ Y FICO 020      278 0051     Y FICO 041       00  0039                        /
/ Y VECTOR 664    23  0037     Y VECTOR 693  0011533  0040                      /
/ Y VECTOR 741    04  0027     Y FICO 050       02  0034                        /
/ Y FICO 092  00034400 0041    Y FICO 082       000 0032                        /
/                                                                              /
/                                                                              /
/                                                                              /
/                                                                              /
/    BUREAU CCC    DEC BASED ON PRI    FINAL CI SCORE 004                       /
/ ----------------------------------------------------------------------------- /
```

```
/ ----------------------------------------------------------------------------- /
/ 76815638 9900   12133 125852   POINT SCORE SUMMARY  000000 12133 125853       /
/ ALGO NWF                       FRAUD SCORE CARD                              /
/ USE                      DATA                                                /
/    ORIGIN CODE            I                                                  /
/  Y PRODUCT CODE           SB                                                 /
/  Y FICO 019              278                                                 /
/  Y FICO 027              088                                                 /
/  Y ZIP CODE PREFIX       604                                                 /
/  Y NUM INQ LAST 14 DAYS   00                                                 /
/  Y ADDRESS DISCREPANCY     N                                                 /
/    DISTANCE APART         000                                                /
/  Y FICO 067               00                                                 /
/  Y FICO 009                N                                                 /
/    FICO 026                N                                                 /
/                                                                              /
/                                                                              /
/      PHASE 6 SCORE        0761                                               /
/                                                                              /
/    IDA:      IND Y  SCORE 606                                                /
/    WARNING CODES 527 591 905                                                 /
/ ----------------------------------------------------------------------------- /
```

```
/ ----------------------------------------------------------------------------- /
/ 76815638 9900   12133 125852   POINT SCORE SUMMARY  000000 12133 125853       /
/                       1ST PARTY ABUSE / SKIP SCORECARDS - PRIM               /
/                                                                              /
/ USE           DATA PNTS    USE           DATA PNTS                            /
/  Y VECT 707      0085 0121  Y FICO 011      099 0049                          /
/  Y FICO 100  000254452 0118 Y VECT 820   9999996 0093                         /
/  Y VECT 657       01 0122  Y FICO 020      278 0082                           /
/  Y FICO 071       10 0112  Y FICO 072      26  0103                           /
/ ----------------------------------------------------------------------------- /
```

```
/  Y FICO 011              099 0083    Y VECT 657             01 0081
/  Y ADDR DISCREP          N 0110      Y FICO 064             00 0084
/  Y VECT 819              95 0092     Y ADDR DISCREP         N 0077
/                                      Y VECT 504             19 0096
/                                      Y FICO 039             02 0069
/
/  SCORES:
/  1ST PARTY ABUSE 00758               SKIP 00734
/  FINAL 1ST PARTY ABUSE 000758        FINAL SKIP 00734
/
/  BUREAU CCC       DEC BASED ON PRI
/
--------------------------------------------------------------------
/
/                    JUDGMENTAL HISTORY SCREEN
/
/APP KEY 76815638 NAME PAMELA              A TRAVAGLIO
/                         P C O                P C O                P C O
/01 PRI MINIMUM AGE       18 NOHIT INDV       35 MIN SALES AMT
/02 RISKY APP             19 NOHIT JNT1       36 DEROGS LAST 2 YRS
/03 CREDIT LINE INC       20 NOHIT JNT2       37 DTI RATIO STD/BEST
/04 MIN TOTAL FAM INC     21 INQ 6 MXTHS      38 RISK SCR
/05 POST VERID            22 BNK UNTIL%       39 ITEMIZATION ERROR
/06 VICTIM STMT           23 ERROR INDV       40 PRI SSN ZEROES
/07 PROBLEM MERCH         24 ERROR JNT1       41 CO SSN ZEROES
/08 BANKRUPTCY            25 ERROR JNT2       42 PRI SSN INVALID
/09 REPOSSESSION          26 ALGO QUEUE       43 CO SSN INVALID
/10 DUP-IND-SAME-DEC      27 ALGO REJECT      44 HI REQ LIM
/11 DUP-IND-SAME-APR      28 CHARGEOFFS       45 PROD/ST
/12 SSN MATCH - PRI       29 COLLECTIONS      46 MERCH FRAUD
/13 SSN MATCH - CO        30 JUDGMENTS        47 UNKNOWN MAKE
/14 NAME MATCH - PRI      31 SM-LK TRUE DUP   48 BAD MANUFACTURER
/15 NAME MATCH - CO       32 SAME-LIKE DUP    49 LG TOT FAM INC
/16 ADDR MATCH - PRI      33 CB AGE NOT 18    50 DUP-IND-DEROG DEC
/17 ADDR MATCH - CO       34 CB AGE => 18
/
--------------------------------------------------------------------
/
/                   JUDGMENTAL HISTORY 2 SCREEN
/
/APP KEY 76815638 NAME PAMELA              A TRAVAGLIO
/                         P C O                P C O                P C O
/51 NEW ONLY FOR MFG#     68 FACTA ADDR DSCR  85 C DUP-SSN-PREV-A
/52 BK1 INSIDER           69 TERM MERCH       86 BTA FLAG
/53 DEBT TO INC           70 CO MINIMUM AGE   87 MTS % - FAILED
/54 DUP-IND-APR           71 HIGH INSTALLMENT 88 NI REQD ALPHA BF
/55 DLR CHANGED APP       72 PAYMENT / INCOME 89 NI REQD NUMER BF
/56 DUP-IND-DEC           73 PRI CB ALERT     90 NI ST/ZIP PROV/CD
/57 DUP-IND-PEND          74 CO CB ALERT      91 NI ADDR MISMATCH
/58 DUP-JNT-EX-SAME-A     75 ADD JOINT        92 NI NOHIT INDIVID
/59 DUP-JNT-EX-SAME-D     76 PRI OFAC MATCH   93 CLI BTA THRESHOLD
/60 DUP-JNT-EX-DEROG      77 CO OFAC MATCH    94 NI NOHIT JNT BOTH
/61 DUP-JNT-EX-APR        78 PRI DUP-HOME-PHN 95 REV/EN ATR DEC
/62 LOAN TO VALUE         79 CO DUP-HOME-PHN  96 NI NOHIT JNT ONE
/63 DUP-JNT-EX-DEC        80 DUP-IND-SAME ALT 97 NO INCOME
/64 DUP-JNT-EX-PEND       81 DUP-JNT-SAME ALT 98 SSN MISMATCH
/65 DUP-JNT-SAME-APR      82 CLI VERID NEEDED 99 DISTANCE
/66 DUP-JNT-SAME-DEC      83 P DUP-SSN-PREV-A 100 DOB-MISMATCH
/67 DISP INCOME THRSH     84 DF FICO REFULL
/
--------------------------------------------------------------------
/
/                   JUDGMENTAL HISTORY 3 SCREEN
/APP KEY 76815638         NAME PAMELA              A TRAVAGLIO
/                         P C O                P C O                P C O
/101 FRAUD STRATEGY       118 BANKRUPTCY (1)   135 ID VERIFY FAILED
/102 AUTHENTIC SSN        119 BANKRUPTCY (2)   136 ZIP CODE MISMATCH
/103 AUTHENTIC HPH        120 CURR BANKRUPTCY  137 COAPP DECISION ED
/104 CB RPT FROZEN        121 TERMINATED PROG  138 DUP STRATEGY EDIT D
/105 AREA CODE ERR        122 BANKRUPTCY <7 YR 139 NUM INQ 4 DAYS
/106 UNIT TYPE            123 TRDS OPEN L6 MTH 140 NUM INQ 7 DAYS
/107 MULTIPLE UNIT        124 MTHS ON FILE (1) 141 NUM INQ 14 DAYS
/108 PAT ACT PO BOX       125 MTHS ON FILE (2) 142 MSRP MISSING (R)
/109 PAT ACT NO HIT       126 # BANK TRDS      143 FLASH APP
/110 CLI CONSENT          127 3+ CURR PAST DUE 144 MAX DUP APPROVALS
/111 MSRP MISSING         128 DEFERRED TRDS    145 NUM INQ 45 DAYS
/112 REQ SALE > CRL       129 INSUF CREDIT     146 USED MSRP MISSING
/113 REQ SALE = 0         130 LOW SCR & <JP YR 147 HIGH RISK SRC F/P
/114 MTHS ON FILE         131 REV BAL > SJP    148 FLAGGED IP HIP
/115 DEATH NOTICE         132 FACT ACT INITIAL 149 WRITTEN APP REQD
/116 RENT/OWN             133 FACT ACT EXTEND  150 AGGREGATE EXP
/117 % OWNERSHIP          134 FACT ACT DTY
/
--------------------------------------------------------------------
/ 76815638 9900   12133 125852   POINT SCORE SUMMARY  000000 12133 125853
/ ALGO 06       SCORE 863   HEALTHCARE SCORE CARD - PRIM
/ U              DATA PNTS  U              DATA PNTS  U              DATA PNTS
/  FICO 002      088 000     FICO 027     088 000     FICO 071      10 000
/ Y FICO 004     N 059       FICO 028     088 000     FICO 078      083 000
/  FICO 007      099 000    Y FICO 029    088 040    Y FICO 079     J 051
/ Y FICO 008     099 053    Y FICO 035    05 045      FICO 082      000 000
/ Y FICO 010     099 054     FICO 037     05 000    Y FICO 083      057 052
/  FICO 011      099 000     FICO 040     00 000    Y FICO 087      Z 000
/ Y FICO 012     Z 078      Y FICO 041    00 074      FICO 090 00034400 000
/  FICO 014      Z 000      Y FICO 047    00 000      FICO 091 00018338 000
/  FICO 016      N 000      Y FICO 050    02 070      FICO 092 00034400 000
/  FICO 019      278 000    Y FICO 052    01 071      FICO 093      N 000
/ Y FICO 021     278 057     FICO 058     12 000      FICO 094 00007114 000
/  FICO 024      278 000     FICO 059     05 054    Y FICO 096 00000395 054
/  FICO 025      278 000     FICO 064     00 000    Y FICO 099 00018338 049
/  FICO 026      N 000       FICO 069     11 000      FICO 100 00025452 000
/                            FICO 061     05 000
/
/  BUREAU CCC      DEC BASED ON PRI
--------------------------------------------------------------------
1REPORT NO - OLNACS # 15                        GE CARD SERVICES                       PAGE      2
0PROG. NO. F15                           APPLICATION PROFILE - APPROVED                07/01/12

CENTER CODE - 0    SOCIAL SECURITY NUMBER - █████████
```

** TRANS UNION UNITED STATES CREDIT REPORT   VERSION 4.0 **
ID DATE 05/12/2012 TIME 11:58:53 BUREAU 25DY N  REF# 01
PH PRODUCT 07000 CREDIT REPORT





** END OF TRANS UNION REPORT VERSION 4.0 **

# Exhibit B

CARECREDIT
184-019-00
Rev. 10/2011
M-104098

| FACTS | WHAT DOES GE CAPITAL RETAIL BANK DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• account balances and payment history<br>• credit history and credit scores |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons GE Capital Retail Bank chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does GE Capital Retail Bank share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes—** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes—** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes—** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | Yes | Yes* |

| To limit our sharing | • Call 877-905-2097 —our menu will prompt you through your choice(s)<br><br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br><br>However, you can contact us at any time to limit our sharing. |
|---|---|
| **Questions?** | Call 877-905-2097 |

| What we do | |
|---|---|
| **How does GE Capital Retail Bank protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does GE Capital Retail Bank collect my personal information?** | We collect your personal information, for example, when you<br>• open an account or give us your contact information<br>• provide account information or pay your bills<br>• use your credit card<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes—information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• Our affiliates include companies with a GE, General Electric or Monogram name; financial companies such as General Electric Capital Corporation and Monogram Credit Services; and nonfinancial companies, such as General Electric Company |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• Nonaffiliates we share with can include direct marketing companies and the retailer named on your account |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• Our joint marketing partners include insurance companies |

| Other important information |
|---|
| • We follow state law if state law provides us with additional privacy protections. For instance, if (and while) your billing address is in Vermont, we will treat your account as if you had exercised the opt-out choice described above and you do not need to contact us to opt out. If you move from Vermont you will need to restrict us from sharing information about you as provided in this notice, you must then contact us to exercise your opt-out choice. |

\*Please keep in mind that, as permitted by federal law, we share information about you with CareCredit LLC, participating professionals that accept the card and program sponsors in connection with maintaining and servicing the GE Capital Retail Bank credit card program, including for CareCredit LLC, participating professionals that accept the card and program sponsors to market to you. If you opt out of sharing with nonaffiliates, your opt out will not prohibit us from sharing your information with CareCredit LLC, participating professionals that accept the card and program sponsors.

The above notice applies only to the consumer credit card account covered by the attached GE Capital Retail Bank Credit Card Account Agreement and does not apply to other accounts you have with us. It replaces our previous privacy notice disclosures to you. We can change our privacy policy at any time and will let you know if we do it/as required by applicable law.

For helpful information about identity theft, visit the Federal Trade Commission's (FTC) consumer website at http://www.ftc.gov/idtheft.

(4)

---

# GE Capital Retail Bank
# Credit Card Account Agreement



**GE CAPITAL RETAIL BANK CREDIT CARD ACCOUNT AGREEMENT**

### SECTION I: RATES AND FEES TABLE

| Interest Rates and Interest Charges | |
|---|---|
| Annual Percentage Rate (APR) for Purchases | **26.99%** |
| Paying Interest | Your due date is at least 23 days after the close of each billing cycle. We will not charge you any interest on non-promotional purchases if you pay your entire balance by the due date each month. We will begin charging interest on promotional purchases on the purchase date. |
| Minimum Interest Charge | If you are charged interest, the charge will be no less than $2. |
| For Credit Card Tips from the Federal Reserve Board | To learn more about factors to consider when applying for or using a credit card, visit the website of the Federal Reserve Board at **http://www.federalreserve.gov/creditcard**. |

| Fees | |
|---|---|
| Penalty Fees | |
| • Late Payment | Up to $35 |
| • Returned Payment | Up to $35 |

**How We Will Calculate Your Balance:** We use a method called "daily balance". See your credit card account agreement for more details.

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights are provided in your credit card account agreement.

### SECTION II: RATES, FEES AND PAYMENT INFORMATION OF THE GE CAPITAL RETAIL BANK CREDIT CARD ACCOUNT AGREEMENT

| How Interest Is Calculated | |
|---|---|
| Your Interest Rate | We use a daily rate to calculate the interest on the balance on your account each day. The daily rate for purchases is .07394% (APR 26.99%). Interest will be imposed in amounts or at rates not in excess of those permitted by applicable law. |
| When We Charge Interest | We charge interest on your purchases from the date you make the purchase until you pay the purchase in full. See exceptions below.<br><br>• We will not charge you interest during a billing cycle on any non-promotional purchases if:<br>  1. You had no balance at the start of the billing cycle; OR<br>  2. You had a balance at the start of the billing cycle and you paid that balance in full by the due date in that billing cycle.<br>We always charge interest on promotional purchases and their related fees from the date you make the purchase. You cannot avoid paying interest on promotional purchases and their related fees.<br><br>• We will credit, as of the start of the billing cycle, any payment you make by the due date that we allocate to non-promotional purchases if:<br>  1. You had no balance at the start of the previous billing cycle; OR<br>  2. You had a balance at the start of the previous billing cycle and you paid that balance in full by the due date in the previous billing cycle. |
| How We Calculate Interest | We figure the interest charge on your account separately for each balance type. We do this by applying the daily rate to the daily balance for each day in the billing cycle. A separate daily balance is calculated for the following balance types, as applicable: purchases and balances subject to different interest rates, plans or special promotions. See below for more details on how this works.<br><br>1. How to get the daily balance. We take the starting balance each day, add any new transactions and fees, and subtract any payments or credits. This gives us the daily balance. Debt cancellation fees, if any, and late payment fees are treated as new purchases.<br>2. How to get the daily interest amount. We multiply each daily balance by the daily rate that applies.<br>3. How to get the starting balance for the next day. We add the daily interest amount in step 2 to the daily balance from step 1.<br>4. How to get the interest charge for the billing cycle. We add all the daily interest amounts that were charged during the billing cycle.<br><br>We charge a minimum of $2.00 of interest in any billing cycle in which you owe interest. Interest, as calculated above, is added as applicable to each balance type. Minimum interest charges in excess of the calculated interest are treated as new purchases. |

| How Fees Work | |
|---|---|
| Late Payment Fee | We will charge this fee if we do not receive the total minimum payment due on your account by 5 p.m. (ET) on the due date. This fee is equal to:<br><br>  1. $25, if you have paid your total minimum payment due by the due date in each of the prior six billing cycles. OR<br>  2. $35, if you have failed to pay your total minimum payment due by the due date in any one or more of the prior six billing cycles.<br><br>The late payment fee will not be more than the total minimum payment that was due. |
| Returned Payment Fee | We will charge this fee if any check, other instrument, or electronic payment authorization you provide us in payment on your account, is not honored upon first presentment. We will charge this fee even if the check, instrument or electronic authorization is later honored. This fee is equal to:<br><br>  1. $25, if your payments have been honored in each of the prior six billing cycles.<br>  2. $35, if any payment has been dishonored upon first presentment in any one or more of the prior six billing cycles.<br><br>The returned payment fee will not be more than the total minimum payment that was due. |

**Minimum Payment Calculation**

Your total minimum payment is calculated as follows.

1. The sum of:
  a. The greater of either:
    (i)  $25; or
    (ii)  3.75% of the new balance shown on your billing statement (excluding any balance attributable to any special promotional purchase with a unique payment calculation); PLUS
  b. Any past due amounts; PLUS
  c. Any payment due in connection with a special promotional purchase with a unique payment calculation.

OR

(1)

2. If you are charged a late payment fee during a billing cycle, our calculation of the amount of that fee will make at least the total minimum payment as shown in section 1 above. We will calculate if the total of your payments is at least equal to the sum of the following: (A) the interest billed on your statement each month, plus (B) 1% of the new balance shown on your billing statement each month, plus (C) the late payment fee that was assessed in this billing cycle before the four month period. If for the four month period the sum of your payments is not at least equal to the sum of A, B and C, then your total minimum payment for future billing cycles will be the greater of:

- The minimum payment calculation shown in section 1 above.
  OR
- The sum of:
  a. 1% of your new balance (excluding any balance attributable to any special promotional purchase with a unique payment calculation) plus interest and late payment fees charged in the current billing cycle; PLUS
  b. Any past due amounts; PLUS
  c. Any payment due in connection with a special promotional purchase with a unique payment calculation.

We round up to the next highest whole dollar in figuring your total minimum payment. Your total minimum payment will never be more than your new balance.

## SECTION III: STANDARD PROVISIONS OF THE GE CAPITAL RETAIL BANK CREDIT CARD ACCOUNT AGREEMENT

### ABOUT THE CREDIT CARD ACCOUNT AGREEMENT

**This Agreement.** This is an Agreement between you and GE Capital Retail Bank, 170 Election Road, Suite 125, Draper, UT 84020, for your credit card account. By opening or using your account, you agree to the terms of the entire Agreement. The entire Agreement includes the four sections of this document and the application you submitted to us in connection with the account. These documents replace any other agreement relating to your account that you or we made earlier or at the same time.

**Parties To This Agreement.** This Agreement applies to each accountholder approved on the account and each of you is responsible for paying the full amount due, no matter which one uses the account. We may treat each of you as one accountholder and may refer to each of you as "you" or "your". GE Capital Retail Bank may be referred to as "we", "us" or "our".

**Changes To This Agreement.** We may change, add or delete terms of this Agreement, including interest rates, fees and charges.

**Special Promotions.** The terms of this Agreement apply to any special promotion. However, any special promotional terms that are different than the terms in this Agreement will be explained on promotional advertising.

### HOW TO USE YOUR ACCOUNT/CARD

**Use Of Your Account.** You may use your account only for lawful personal, family or household purposes. You may use your account for purchases from participating professionals that accept the card.

**You Promise To Pay.** You promise to pay us for all amounts owed to us under this Agreement.

**Your Responsibility.** Each accountholder will receive a card. You may not allow anyone else to use your account. If you do, or if you ask us to send a card to someone else, you will be responsible for paying for all charges resulting from their transactions.

**Purchase Limits.** To prevent fraud, we may limit the number or dollar amount of purchases you can make in any particular amount of time. We also may decline any particular charge on your account for any reason.

**Credit Limit.** We may assigned a credit limit that we may increase or decrease from time to time. If we approve a purchase that makes you go over your credit limit, we do not give up any rights under this Agreement and we do not treat it as an increase in your credit limit.

### HOW AND WHEN TO MAKE PAYMENTS

**When Payments Are Due.** You must pay at least the total minimum payment due on your account by 5 pm (ET) on the due date of each billing cycle. Payments received after 5 pm (ET) will be credited as of the next day. You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment. If you have a balance subject to interest, earlier payment may reduce the amount of interest you will pay. We may delay making credit available on your account in the amount of your payment even though we will credit your payment when we receive it.

**Payment Options.** You can pay by mail, online or at certain participating professionals that accept the card and payments. We may allow you to make payments over the phone but we will charge you a fee to make expedited phone payments. Your payment must be made in U.S. dollars by physical or electronic check, money order or a similar instrument from a bank located in the United States.

**How To Make A Payment.** You must follow the instructions for making payments provided on your billing statement. If you do not, credit of your payment may be delayed up to five days. Your billing statement also explains how information on your check is used.

**Payment Allocation.** We will apply the required total minimum payment to balances on your account using any method we choose. Any payment you make in excess of the required total minimum payment will be applied to higher APR balances before lower APR balances. Applicable law may require or permit us to apply excess payments in a different manner in certain situations, such as when your account has a certain type of special promotion.

### INFORMATION ABOUT YOU

**Using and Sharing Your Information.** When you applied for an account, you gave us, participating professionals that accept the card and program sponsors information about yourself that we could share with each other. Participating professionals that accept the card and program sponsors (and their respective affiliates) will use the information in connection with the credit program and for things like creating and updating their records and offering you special benefits. More information about how we use and share information is set forth in the privacy policy for your account.

**Address/Phone Change.** You agree to tell us right away if you change your address or phone number(s). We will contact you at the address or phone number in our records until we update our records with your new address or phone number.

**Consent to Communications.** You consent to us contacting you using all channels of communication and for all purposes. We will use the contact information you provide to us. You also consent to us and any other owner or servicer of your account contacting you using any communication channel. This may include text messages, automatic telephone dialing systems and/or an artificial or prerecorded voice. This consent applies even if you are charged for the call under your phone plan. You are responsible for any charges that may be billed to you by your communications carriers when we contact you.

**Telephone Monitoring.** For quality control, you allow us to listen to or record telephone calls between you and us.

### IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Closing Your Account.** You may close your account at any time by sending a letter to the address shown on your billing statement or calling customer service. We may close your account at any time, for any reason. If your account is closed, you must stop using it. You must still pay the full amount you owe and this Agreement will remain in effect until you do.

**Collection Costs.** If we ask an attorney who is not our salaried employee to collect your account, we may charge you our collection costs. These include court costs and reasonable attorneys' fees.

**Credit Bureau Reporting.** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be shown in your credit report. Tell us if you think we reported wrong information about you to a credit bureau. Write to us at GE Capital Retail Bank, P.O. Box 965036, Orlando, FL 32896-5036. Tell us what information is wrong and why you think it is wrong. If you have a copy of the credit report that indicates the wrong information, send us a copy.

**Default.** You are in default if you make a late payment, do not follow any other term of this Agreement or become bankrupt or insolvent. If you default or upon your death, we may (a) request payment of the full amount due right away, (b) take legal action to collect the amounts owed, and/or (c) take any other action allowed.

**Disputed Amounts.** The billing rights summary in section IV of this Agreement describes what to do if you think there is a mistake on your bill. **If you send us correspondence about a disputed amount or payment, you must send it to the address for billing inquiries. We do not give up any rights under this Agreement if we accept a payment marked "payment in full" or given with any other conditions or limitations.**

**Unauthorized Use.** If your card is lost, stolen or used without your consent, call us immediately at 866-396-8254. You will not be liable for unauthorized use on your account, but you will be responsible for all use by anyone you give your card to or allow to use your account.

### IMPORTANT INFORMATION ABOUT THIS AGREEMENT

**Assignment.** We may sell, assign or transfer any or all of our rights or duties under this Agreement or your account, including our rights to payments. We do not have to give you prior notice of such action. You may not sell, assign or transfer any of your rights or duties under this Agreement or your account.

**Enforceability.** If any part of this Agreement is found to be void or unenforceable, all other parts of this Agreement will still apply.

**Governing Law.** Except as provided in the Resolving a Dispute with Arbitration section, this Agreement and your account are governed by federal law and, to the extent state law applies, the laws of Utah without regard to its conflicts of law principles. This Agreement has been accepted by us in Utah.

**Waiver.** We may give up some of our rights under this Agreement. If we give up any of our rights in one situation, we do not give up the same right in another situation.

### RESOLVING A DISPUTE WITH ARBITRATION

**PLEASE READ THIS SECTION CAREFULLY. IF YOU DO NOT REJECT IT, THIS SECTION WILL APPLY TO YOUR ACCOUNT, AND MOST DISPUTES BETWEEN YOU AND US WILL BE SUBJECT TO INDIVIDUAL ARBITRATION. THIS MEANS THAT: (1) NEITHER A COURT NOR A JURY WILL RESOLVE ANY SUCH DISPUTE; (2) YOU WILL NOT BE PARTICIPATING IN A CLASS ACTION OR SIMILAR PROCEEDING; (3) LESS INFORMATION WILL BE AVAILABLE; AND (4) APPEAL RIGHTS WILL BE LIMITED.**

**• What claims are subject to arbitration**
1. If either you or we make a demand for arbitration, you and we must arbitrate any dispute or claim between you or any other user of your account, and us, our affiliates, agents and/or participating professionals that accept the card or program sponsors if it relates to your account, except as noted below.

(2)

---

2. even if that dispute arose before the date of this Agreement. Claims subject to arbitration include claims based on any legal theory. Arbitration also applies to disputes about the validity, enforceability or scope of this arbitration provision. Arbitration does not apply to any individual action in court or your state's equivalent court, so long as it remains an individual case in that court; or (2) a case we file to collect money you owe us. However, if you respond to the collection lawsuit by claiming any wrongdoing, we may require you to arbitrate.

3. Notwithstanding any other language in this section, only a court, not an arbitrator, will decide disputes about the validity, enforceability, coverage or scope of this section or any part thereof (including, without limitation, the next paragraph of this section and/or this sentence). However, any dispute or argument that concerns the validity or enforceability of the Agreement as a whole is for the arbitrator, not a court, to decide.

**• No Class Actions**
**YOU AGREE NOT TO PARTICIPATE IN A CLASS, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION AGAINST US IN COURT OR ARBITRATION. ALSO, YOU MAY NOT BRING CLAIMS AGAINST US ON BEHALF OF ANY ACCOUNTHOLDER WHO IS NOT A ACCOUNTHOLDER ON YOUR ACCOUNT, AND YOU AGREE THAT ONLY ACCOUNTHOLDERS ON YOUR ACCOUNT MAY BE JOINED IN A SINGLE ARBITRATION WITH ANY CLAIM YOU HAVE.**

If a court determines that this paragraph is not fully enforceable, only this sentence will remain in force and the remainder will be null and void, and the court's determination shall be subject to appeal. This paragraph does not apply to any lawsuit or administrative proceeding filed against us by a state or federal government agency even when such agency is seeking relief on behalf of a class of borrowers, including you. This means that we will not have the right to compel arbitration of any claim brought by such an agency.

**• How to start an arbitration, and the arbitration process**
1. The party who wants to arbitrate must notify the other party in writing. This notice can be given either the beginning of a lawsuit or in papers filed in the lawsuit. Otherwise, your notice must be sent to GE Capital Retail Bank, Legal Operation, P.O. Box 29110, Shawnee Mission, KS 66201, ATTN: ARBITRATION DEMAND. The party seeking arbitration must select an arbitration administrator, which can be either the American Arbitration Association (AAA), 1633 Broadway, 10th Floor, New York, NY 10019, www.adr.org, (800) 778-7879, or JAMS, 620 Eighth Avenue, 34th Floor, New York, NY 10018, www.jamsadr.com, (800) 352-5267. If neither administrator is able or willing to handle the dispute, then the court will appoint an arbitrator.
2. If a party files a lawsuit in court against the other party and later asserts a claim(s) that are subject to arbitration and the other party files a motion with the court to compel arbitration, which is granted, it will be the responsibility of the party asserting the claim(s) to commence the arbitration proceeding.
3. The arbitration administrator will appoint the arbitrator and will tell the parties what to do. The arbitrator must be a lawyer with at least ten years of legal experience. Once appointed, the arbitrator must apply the same law and legal principles, consistent with the FAA, that would apply in court, but may use different procedural rules. If the administrator's rules conflict with this Agreement, this Agreement will control.
4. The arbitration will take place by phone or at a reasonably convenient location. If you ask us to, we will pay all the fees the administrator or arbitrator charges, as long as we believe you are acting in good faith. We will always pay arbitration costs, as well as your legal fees and costs, to the extent you prevail on claims you assert against us in an arbitration proceeding which you have commenced.

**• Governing Law for Arbitration**
This Arbitration section of your Agreement is governed by the Federal Arbitration Act (FAA). Utah law shall apply to the extent state law is relevant under the FAA. The arbitrator's decision will be final and binding, except for any appeal right under the FAA. Any court with jurisdiction may enter judgment upon the arbitrator's award.

**• How to reject this section**
**You may reject this Arbitration section of your Agreement. If you do that, only a court may be used to resolve any dispute or claim. To reject this section, you must send us a notice within 60 days after you open your account or we first provided you with your right to reject this section. The notice must include your name, address and account number, and must be mailed to GE Capital Retail Bank, P.O. Box 965034, Orlando, FL 32896-5034. This is the only way you can reject this section.**

## SECTION IV: OTHER IMPORTANT INFORMATION OF THE GE CAPITAL RETAIL BANK CREDIT CARD ACCOUNT AGREEMENT

### STATE NOTICES

**CALIFORNIA RESIDENTS:** If you are married, you may apply for a separate account.

**NEW JERSEY RESIDENTS:** Certain provisions of this Agreement are subject to applicable law. As a result, they may be void, unenforceable or inapplicable in some jurisdictions. None of these provisions, however, is void, unenforceable or inapplicable in New Jersey.

**NEW YORK RESIDENTS:** A consumer credit report may be obtained in connection with evaluating your application and subsequently in connection with updates, renewals, or extensions of credit for which this application is made. Upon your request, you will be informed whether a report was obtained, and if so, of the name and address of the consumer reporting agency. This Agreement will not become effective unless and until you or an authorized user signs a sales slip or memorandum evidencing a purchase or lease of property or services or the payment of a fine by use of your credit card and prior hereto you will not be responsible for any purchase or lease of property or services by use of your credit card after its loss or theft.

**OHIO RESIDENTS:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.

**TENNESSEE RESIDENTS:** This Agreement will not become effective unless and until we have (1) provided the disclosures required pursuant to the federal Truth in Lending Act, (2) you or an authorized user uses the account, and (3) we extend credit to you for that transaction on your account.

**WISCONSIN RESIDENTS:** No provision of a marital property agreement, a unilateral statement under sec. 766.59, Wis. Stats., or a court decree under sec. 766.70, Wis. Stats., adversely affects the interest of the creditor unless the creditor, prior to the time credit is granted, is furnished a copy of the agreement, statement or decree or has actual knowledge of the adverse provision when the obligation to the creditor is incurred. Married residents of Wisconsin applying for an individual account must give us the name and address of their spouse if the spouse also is a Wisconsin resident, regardless of whether the spouse may use the card. Please provide this information to us at P.O. Box 968042, Orlando, FL 32896-5042.

**Your signature on the application or sales slip (or online screen) for the initial purchase approved on this account represents your signature on this Agreement. It is incorporated here by reference.**

**We have signed this Agreement as follows:**

*Margaret M. Keane*

Margaret Keane
Executive Vice President
GE Capital Retail Bank

### YOUR BILLING RIGHTS SUMMARY

*Your Billing Rights: Keep this Document for Future Use*

This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

*What To Do If You Find A Mistake On Your Statement*
If you think there is an error on your statement, write to us at:
GE Capital Retail Bank
170 Election Road, Suite 125, Draper, UT 84020
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

*What Will Happen After We Receive Your Letter*
When we receive your letter, we must do two things:
1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- *If we made a mistake:* You will not have to pay the amount in question or any interest or other fees related to that amount.
- *If we do not believe there was a mistake:* You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.
If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.
If we do not follow all of the rules above, you do not have to pay the first $50 of the amount in question even if your bill is correct.

*Your Rights If You Are Dissatisfied With Your Credit Card Purchases*

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:
GE Capital Retail Bank
P.O. Box 965035, Orlando, FL 32896-5035
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

(3)

# Exhibit C



C:\Users\213029363\AppData\Local\Temp\PKD994.tmp\Account_XXXXXXXXXXXX7049_Pamela_userDetails.GI - Windows Internet Explorer pro

C:\Users\213029363\AppData\Local\Temp\PKD994.tmp\Account_XXXXXXXXXXXX7049_Pamela_userDetails.GIF

Bing

File Edit View Favorites Tools Help

Favorites | 2013 Issues - GE Libraries | Free Hotmail | GE Single Sign On (2) | GE Single Sign On (3) | GE Single Sign On (4) | GE Single Sign On (5) | GE Single Sign On (6) | GE Single Sign On

C:\Users\213029363\AppData\Local\Temp\PKD9...

Page ▾ Safety ▾ Tools ▾

| ACCOUNT_NBR | USER_NAME | CREATED_DT | MODIFIED_DT | LAST_SUCCESSFUL_LOGIN_DT | STATUS_CD | USER_ID |
|---|---|---|---|---|---|---|
| [redacted]7049 | [redacted] | 15-MAY-12 01:32:26 | 15-AUG-13 09:26:21 | 15-AUG-13 09:26:21 | A | 15671603 |

Done | Computer \| Protected Mode: Off | 100%

# Exhibit D



# Exhibit E

CARECREDIT/GECRB

Cardholder Name:  PAMELA A TRAVAGLIO
Account Number : ▮▮▮▮▮▮7049
Statement Closing Date:   06/17/2012

**GE Capital Retail Bank**

**SUMMARY OF ACCOUNT ACTIVITY**

| | |
|---|---|
| Previous Balance | $1,120.35 |
| + New Purchases | $204.20 |
| - Payments | $143.00 |
| -/+ Credits, Fees & Adjustments (net) | $0.00 |
| +/- Interest Charge (net) | $0.00 |
| New Balance | $1,280.55 |

| | |
|---|---|
| Credit Limit | $2,500.00 |
| Available Credit | $1,219.00 |
| Days in Billing Period | 30 |

Pay online for free at: gogecapital.com
For GE Capital Retail Bank customer service or to report
your card lost or stolen, call 1-866-893-7864.

Best times to call are Wednesday - Friday.

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $1,280.55 |
| Total Minimum Payment Due | $49.00 |
| Payment Due Date | 07/10/2012 |

PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.
We may convert your payment into an electronic debit. See
reverse side.

Late Payment Warning:    If we do not receive your Total
Minimum Payment Due by the Payment Due Date listed above,
you may have to pay a late fee up to $35.00.

Minimum Payment Warning:    Making only the Total Minimum
Payment Due will increase the amount of interest you pay and
the time it takes to repay your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 7 years | $2,656.00 |
| $54.00 | 3 years | $1,929.00 (Savings = $727.00) |

If you would like information about credit counseling services,
call 1-877-302-8797.

**PROMOTIONAL INFORMATION**

YOU MUST PAY EACH PROMOTIONAL BALANCE IN FULL BY ITS EXPIRATION DATE TO AVOID PAYING DEFERRED INTEREST CHARGES. PLEASE SEE THE PROMOTIONAL PURCHASE SUMMARY SECTION ON THIS STATEMENT FOR FURTHER DETAILS. YOU HAVE A PROMOTION(S) EXPIRING ON 11/16/12 AND 12/18/12.

**Promotional Purchase Summary**

| Promotional Expiration Date | Promotional Balance | Deferred Interest Charge | Tran Date | Description | Initial Purchase Amount |
|---|---|---|---|---|---|
| 11/16/2012 | $649.05 | $19.90 | 05/14/2012 | Deferred Interest/No Interest If Paid In Full | $792.05 |
| 11/16/2012 | $337.30 | $8.59 | 05/15/2012 | Deferred Interest/No Interest If Paid In Full | $337.30 |
| 12/18/2012 | $148.20 | $2.21 | 05/29/2012 | Deferred Interest/No Interest If Paid In Full | $148.20 |
| 12/18/2012 | $146.00 | $1.52 | 06/04/2012 | Deferred Interest/No Interest If Paid In Full | $146.00 |

A summary of your promotional purchase is provided above.  Any promotion may be terminated if your account goes 60 days past due.
If you have a DEFERRED INTEREST/NO INTEREST IF PAID IN FULL promotion: To avoid paying Deferred Interest Charges on these promotion(s), you must pay the entire applicable Promotional Balance by the Promotional Expiration Date.  On a Fixed Payment (Extended Payment Plan) promotional purchase, the Interest Charge is billed monthly and included as part of the Minimum Payment due.

To make more than one payment see Make Payment To address or pay online at gogecapital.com.

\* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

5352        DPM        3    7  18  120617        PAGE 1 of 3        9632  3200  G003  01825302

Pay online at gogecapital.com or enclose this coupon with your check. Please use blue or black ink.

**CareCredit**

| Total Minimum Payment Due | Payment Due Date | New Balance | Account Number |
|---|---|---|---|
| $49.00 | 5/10/2012 | $1,280.55 | ▮▮▮▮7049 |

Payment Enclosed    $ ☐☐☐☐☐.☐☐

☐ New address or e-mail?    If you only pay the Total Minimum Due it may not pay off the Promotional Purchase by the Expiration Date.
Check the box at left and
print changes on back

PAMELA A TRAVAGLIO
LEMONT II, 60439-8168

DFTDFFATFTDTFTAFTFFATFAADTDFFDFTFDFDTFTFDDTADATFFAFADTAFFFFADTDT

Make Payment to:  GE CAPITAL RETAIL BANK
PO BOX 960061
ORLANDO, FL 32896-0061

AFATDTDDDAFAADTADFTTDAADFDTDTATFAATDTFADAFTFDTTADDFDTAFDFFTFAADDA

00049000010000  000490000128055    000601918    3226307  04962

**Customer Service/Questions:** For account information, please call the toll free number on the front of this statement. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: P.O. Box 965033, Orlando, FL 32896-5033. Please include your account number on any correspondence you send to us.

**Payments:** Send payments to the address listed on the remittance coupon portion of this statement or pay online at www.gogecapital.com.

**Overnight Payments:** Payments cannot be made in person, mail payments to GE Capital Retail Bank, 140 Wekiva Springs Road, Longwood, FL 32779.

**Notice:** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 965035, Orlando, FL 32896-5035.

**Purchases, returns and payments made just prior to billing date may not appear until next month's statement.** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. You may choose not to have your payment collected electronically by sending your payment (with the remittance coupon), in your own envelope - not the enclosed remittance envelope, addressed to: PO Box 530960, Atlanta, GA 30353-0960 and not the payment address

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us at:
GE Capital Retail Bank, P O Box 965035, Orlando, FL 32896-5035.
In your letter give us the following information:
 • Account information: Your name and account number
 • Dollar amount: The dollar amount of the suspected error
 • Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
 • We cannot try to collect the amount in question or report you as delinquent on that amount.
 • The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
 • While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
 • We can apply any unpaid amount against your credit limit.

**Information About Payments:** You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment. Payments received after 5:00 PM (ET) on any day will be credited as of the next day. Credit to your account may be delayed up to five days if payment (a) is not received at the payment address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check or correspondence of any type. **Conditional Payments:** All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount, or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 965035, Orlando, FL 32896-5035.

**Credits to Your Account:** An amount shown in parentheses is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.

**Credit Reports and Account Information:** If you believe that we may have reported inaccurate information about you to a consumer-reporting agency, please contact us at P.O. Box 965036, Orlando, FL 32896-5036. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**How We Calculate Interest:** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the "daily balance" we take the beginning balance of your account each day (which includes unpaid interest), add any new charges, and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle.

**Bankruptcy Notice:** If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address: GE Capital Retail Bank, Attn: Bankruptcy Dept., P.O. Box 103106, Roswell, GA 30076

**Your account is owned and serviced by GE Capital Retail Bank.**

Hearing Impaired: TDD users call 1-877-448-8512

**Use of Information About You and Your Account:** Our Privacy Policy describes our collection and disclosure of information about you and your Account. If you would like another copy of the Privacy Policy, please call us at the customer service telephone number indicated on the front of this statement.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

O1EJ5302 - 12 - 03/08/12

By providing a telephone number on your account, you consent to GE Capital Retail Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or rerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address or phone number, please check the box and print the changes below.        Retail EN - O1EJ5302

| Name | | | |
|---|---|---|---|
| Street Address | | | |
| City | State | Zip Code | |
| Home Phone # | Business Phone # | Cell # or other phone # we can use to contact you | Email Address |

Remember, you can update the above information as well as your e-mail address online at www.gogecapital.com.

Cardholder Name:   PAMELA A TRAVAGLIO

Account Number ▨▨▨▨ 7049
Statement Closing Date: 06/17/2012

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 06/10/2012 | 06/10/2012 | 8534812HJ012MX189 | PAYMENT - THANK YOU | $43.00 CR |
| 06/10/2012 | 06/10/2012 | F907200HJ00CHGDDA | AUTOMATIC PAYMENT - THANK YOU | $100.00 CR |
| 05/29/2012 | 05/29/2012 | 8534812I7LFA8808S | ARCHER VET CLINIC LTD LEMONT IL | $148.20 |
| | | | DEFERRED/NO INTEREST IF PAID IN FULL | |
| 06/04/2012 | 06/04/2012 | 8534812HDLFA8806Y | ARCHER VET CLINIC LTD LEMONT IL | $146.00 |
| | | | DEFERRED/NO INTEREST IF PAID IN FULL | |
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | INTEREST CHARGED | |
| 06/17/2012 | 06/17/2012 | | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

| | |
|---|---|
| Total Fees Charged in 2012 | $0.00 |
| Total Interest Charged in 2012 | $0.00 |
| Total Interest Paid in 2012 | $0.00 |

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | NA | 26.99% | $0.00 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 11/16/2012 | 26.99% | $765.33 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 11/16/2012 | 26.99% | $341.95 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 12/18/2012 | 26.99% | $99.49 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 12/18/2012 | 26.99% | $68.46 | $0.00 |

**New Account and Pricing Info**

This notice is to let you know about some promotional financing plans that may be available for you when you use your card for future purchases. This is only a summary of key terms. Additional details of promotional financing plans will be provided to you at the time of your transaction. Not all plans or all plan periods will be available at every CareCredit provider. For purposes of this notification, your Purchase Annual Percentage Rate ("APR") is 26.99%. See the Interest Charge Calculation section of this billing statement to determine if this APR is variable. If a (v) is shown next to your APR, this APR will vary with the market based on the prime rate. Subject to credit approval. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.

No Interest if Paid Within Promotional Period
(These can be advertised as Deferred Interest promotions)
Under this promotion, no Interest Charges will be assessed if the promotional purchase balance is paid in full within the promotional period. If the promotional purchase balance is not paid in full by the end of the promotional period, interest will be imposed from the date of purchase at the Purchase APR stated above. Minimum monthly payments are required. This promotion may be offered for periods of 6, 12, 18 or 24 months.

Billed Interest Promotions
Under this promotion, interest will be assessed on your promotional purchase balance from the purchase date at a reduced Annual Percentage Rate of 14.90% during the promotional period. After the promotional period, the Purchase APR stated above will apply. Monthly payments will be required during the promotional period. Some of these promotions may require a minimum monthly payment that is higher than the minimum payment that would be required if the purchase was non-promotional. This promotion may be offered for periods of 24, 36, 48 or 60 months.

Please keep this for your records.   If you have any questions, please call us at the Customer Service number shown on your statement.

**Safeguard Your Account Information**

In order to protect your account privacy, we are unable to provide account information to anyone other than the cardholder(s) or an authorized party. If you wish to permit us to speak to an authorized party such as a spouse about your account, please send written authorization to the General Inquiries address.

$100.00   WILL BE DEDUCTED FROM YOUR BANK ACCOUNT
AND CREDITED AS YOUR AUTOMATIC PAYMENT ON 07/10/12. THE
AUTOMATIC PAYMENT AMOUNT MAY BE REDUCED BY PAYMENTS.
CREDITS AND/OR RETURNS POSTED ON OR BEFORE THIS DATE.

# Exhibit F

CARECREDIT (GE CRB)

**GE Capital Retail Bank**

Cardholder Name:  PAMELA A TRAVAGLIO
Account Number: ████████ 7049
Statement Closing Date:  07/18/2012

| Summary of Account Activity | |
|---|---|
| Previous Balance | $1,200.55 |
| + New Purchases | $361.00 |
| − Payments | $100.00 |
| − Credits, Fees & Adjustments (net) | $0.00 |
| + Interest Charge (net) | $0.00 |
| **New Balance** | **$1,543.55** |
| Credit Limit | $2,500.00 |
| Available Credit | $956.00 |
| Days in Billing Period | 31 |

Pay online for free at: gogecapital.com
For GE Capital Retail Bank customer service or to report
your card lost or stolen, call 1-866-893-7864.

Best times to call are Wednesday - Friday.

| Payment Information | |
|---|---|
| New Balance | $1,543.55 |
| Total Minimum Payment Due | $58.00 |
| Payment Due Date | 08/10/2012 |

PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.
We may convert your payment into an electronic debit. See
reverse side.

**Late Payment Warning:**    If we do not receive your Total
Minimum Payment Due by the Payment Due Date listed above,
you may have to pay a late fee up to $35.00.

**Minimum Payment Warning:**    Making only the Total Minimum
Payment Due will increase the amount of interest you pay and
the time it takes to repay your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 8 years | $3,406.00 |
| $66.00 | 3 years | $2,367.00 (Savings $1,039.00) |

If you would like information about credit counseling services,
call 1-877-302-3797.

| Total Legal Account Balance | |
|---|---|
YOU MUST PAY EACH PROMOTIONAL BALANCE IN FULL BY ITS EXPIRATION DATE TO AVOID PAYING DEFERRED
INTEREST CHARGES. PLEASE SEE THE PROMOTIONAL PURCHASE SUMMARY SECTION ON THIS STATEMENT
FOR FURTHER DETAILS. YOU HAVE A PROMOTION(S) EXPIRING ON 11/16/12, 12/16/12 AND 01/18/13.

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

Plus online at gogecapital.com or enclose the coupon left with your check.  Please use blue or black ink.

**CareCredit**

| Total Minimum Payment Due | Payment Due Date | New Balance | Account Number |
|---|---|---|---|
| $58.00 | 08/10/2012 | $1,543.55 | ████████ 7049 |

Payment Enclosed :   $ ⬜⬜⬜⬜⬜.⬜⬜

☐ New address or e-mail?
Check the box at left and
print changes on back

If you only pay the Total Minimum Due it may not pay off the Promotional Purchase by the Expiration Date.

PAMELA A TRAVAGLIO
LADY LAKE, FL 32158-2357

AFAATTFFADTFTADTFDTDFFDFAAFTTADDDTAAADAFDATFTTDTTFDTFTDFDTDDDTFAD

Make Payment to:  GE CAPITAL RETAIL BANK
PO BOX 960061
ORLANDO, FL 32896-0061

FATFTTFAAFADAFTFTTDAFTAAFTTFDDTADDAAFDTTFAAADTAAFTTDTTDADTTTDADFTA

00058000010000  000580000154355   000601918   3226307 04962

**Customer Service/Questions:** For account information, please call the toll free number on the front of this statement. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: P.O. Box 965033, Orlando, FL 32896-5033. Please include your account number on any correspondence you send to us.

**Payments:** Send payments to the address listed on the remittance coupon portion of this statement or pay online at www. gogecapital.com.

**Overnight Payments:** Payments cannot be made in person, mail payments to GE Capital Retail Bank, 140 Wekiva Springs Road, Longwood, FL 32779.

**Notice** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 965035, Orlando, FL 32896-5035.

**Purchases, returns and payments** made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. You may choose not to have your payment collected electronically by sending your payment (with the remittance coupon), in your own envelope - not the enclosed remittance envelope, addressed to: PO Box 530960, Atlanta, GA 30353-0960 and not the payment address

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us at:
GE Capital Retail Bank, P.O. Box 965035, Orlando, FL 32896-5035.
In your letter give us the following information:
  • Account information: Your name and account number
  • Dollar amount: The dollar amount of the suspected error
  • Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you be-
lieve it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
  • We cannot try to collect the amount in question or report you as delinquent on that amount.
  • The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
  • While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
  • We can apply any unpaid amount against your credit limit.

**Information About Payments:** You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment. Payments received after 5:00 PM (ET) on any day will be credited as of the next day. Credit to your account may be delayed up to five days if payment (a) is not received at the payment address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check or correspondence of any type. **Conditional Payments:** All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount, or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 965035, Orlando, FL 32896-5035.

**Credits to Your Account:** An amount shown in parentheses is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.

**Credit Reports and Account Information:** If you believe that we may have reported inaccurate information about you to a consumer-reporting agency, please contact us at P.O. Box 965036, Orlando, FL 32896-5036. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**How We Calculate Interest** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the "daily balance" we take the beginning balance of your account each day (which includes unpaid interest), add any new charges, and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each balance type in the billing cycle divided by the number of days in the billing cycle.

**Bankruptcy Notice:** If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address: GE Capital Retail Bank, Attn: Bankruptcy Dept., P.O. Box 103106, Roswell, GA 30076

**Your account is owned and serviced by GE Capital Retail Bank.**

**Hearing Impaired** TDD users call 1-877-446-8512

**Use of Information About you and Your Account:** Our Privacy Policy describes our collection and disclosure of information about you and your Account. If you would like another copy of the Privacy Policy, please call us at the customer service telephone number indicated on the front of this statement.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

01EJ5302  12  03/08/12

By providing a telephone number on your account, you consent to GE Capital Retail Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or rerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address or phone number, please check the box and print the changes below.     Retail EN - 01EJ5302

Name

Street Address

City                    State                          Zip Code

Home Phone #     Business Phone #     Cell # or other phone # we can use to contact you     Email Address

Remember, you can update the above information as well as your e-mail address online at www.gogecapital.com

Cardholder Name:    PAMELA A TRAVAGLIO

Account Number: ▇▇▇▇ 7049
Statement Closing Date: 07/18/2012

| Promotional Expiration Date | Promotional Balance | Deferred Interest Charge | Tran Date | Description | Initial Purchase Amount |
|---|---|---|---|---|---|
| 11/16/2012 | $549.05 | $34.73 | 05/14/2012 | Deferred Interest/No Interest If Paid In Full | $792.05 |
| 11/16/2012 | $337.30 | $16.61 | 05/15/2012 | Deferred Interest/No Interest If Paid In Full | $337.30 |
| 12/18/2012 | $148.20 | $5.70 | 05/29/2012 | Deferred Interest/No Interest If Paid In Full | $148.20 |
| 12/18/2012 | $146.00 | $4.94 | 06/04/2012 | Deferred Interest/No Interest If Paid In Full | $146.00 |
| 01/18/2013 | $65.50 | $1.52 | 06/18/2012 | Deferred Interest/No Interest If Paid In Full | $65.50 |
| 01/18/2013 | $78.00 | $1.39 | 06/25/2012 | Deferred Interest/No Interest If Paid In Full | $78.00 |
| 01/18/2013 | $73.50 | $0.93 | 07/02/2012 | Deferred Interest/No Interest If Paid In Full | $73.50 |
| 01/18/2013 | $146.00 | $1.09 | 07/09/2012 | Deferred Interest/No Interest If Paid In Full | $146.00 |

A summary of your promotional purchase is provided above. Any promotion may be terminated if your account goes 60 days past due.

If you have a DEFERRED INTEREST/NO INTEREST IF PAID IN FULL promotion: To avoid paying Deferred Interest Charges on these promotion(s), you must pay the entire applicable Promotional Balance by the Promotional Expiration Date. On a Fixed Payment (Extended Payment Plan) promotional purchase, the Interest Charge is billed monthly and included as part of the Minimum Payment due.

To make more than one payment see Make Payment To address or pay online at gogecapital.com.

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 07/10/2012 | 07/10/2012 | F907200JG00CEGDDA | AUTOMATIC PAYMENT - THANK YOU | $100.00 CR |
| 06/18/2012 | 06/18/2012 | 8534812IYVLFA88070 | ARCHER VET CLINIC LTD LEMONT IL | $65.50 |
| | | | DEFERRED/NO INTEREST IF PAID IN FULL | |
| 06/25/2012 | 06/25/2012 | 8534812J2LFA88073 | ARCHER VET CLINIC LTD LEMONT IL | $78.00 |
| | | | DEFERRED/NO INTEREST IF PAID IN FULL | |
| 07/02/2012 | 07/02/2012 | 8534812J9LFA8806S | ARCHER VET CLINIC LTD LEMONT IL | $73.50 |
| | | | DEFERRED/NO INTEREST IF PAID IN FULL | |
| 07/09/2012 | 07/09/2012 | 8534812IGLFA8806V | ARCHER VET CLINIC LTD LEMONT IL | $146.00 |
| | | | DEFERRED/NO INTEREST IF PAID IN FULL | |
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | INTEREST CHARGED | |
| 07/18/2012 | 07/18/2012 | | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

| | |
|---|---|
| Total Fees Charged in 2012 | $0.00 |
| Total Interest Charged in 2012 | $0.00 |
| Total Interest Paid in 2012 | $0.00 |

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | NA | 26.99% | $0.00 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 11/16/2012 | 26.99% | $647.30 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 11/16/2012 | 26.99% | $349.74 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 12/18/2012 | 26.99% | $152.09 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 12/18/2012 | 26.99% | $149.16 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 01/18/2013 | 26.99% | $66.23 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 01/18/2013 | 26.99% | $60.90 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 01/18/2013 | 26.99% | $40.54 | $0.00 |
| Deferred Interest/No Interest If Paid In Full | 01/18/2013 | 26.99% | $47.25 | $0.00 |

This notice is to let you know about promotional financing plans that may be available for you when you use your card for future purchases. This is only a summary of key terms. Additional details of promotional financing plans will be provided to you at the time of your transaction. Not all plan periods will be available at every CareCredit provider. For purposes of this notification, your Purchase Annual Percentage Rate ("APR")    is 26.99%. If a (v) is shown next to your APR, this APR will vary with the market based on the Prime Rate. Subject to credit approval. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.

Continued on next page

**No Interest if Paid in Full Within Promotional Period**
(These can be advertised as Deferred Interest Promotions)
Under this promotion, no Interest Charges will be assessed if the promotional purchase balance is paid in full within the promotional period. If the promotional purchase balance is not paid in full by the end of the promotional period, interest will be imposed from the date of purchase at the     Purchase APR     stated above. Minimum monthly payments are required.  The promotion may be offered for periods of     6, 12, 18 or 24 months.

**Fixed Payment/Reduced APR Promotions**
Under this promotion, interest will be assessed on your promotional purchase balance from the purchase date at a promotional APR of 14.99% a  until paid in full. Fixed monthly payments are required.  The fixed monthly payment may be higher than the minimum payment that would be required if the purchase was non-promotional.  This promotion may be offered for periods of 24, 36, 48 or 60 months.

Please keep this for your records.     If you have any questions, please call us at the Customer Service number shown on your statement.

In order to protect your account  privacy, we are unable to provide account information to anyone other than the cardholder(s) or an authorized party. If you wish to permit us to speak to an authorized party such as a spouse about your account, please send written authorization to the General Inquiries address.

$100.00          WILL BE DEDUCTED FROM YOUR BANK ACCOUNT

AND CREDITED AS YOUR AUTOMATIC PAYMENT ON 08/10/12.  THE

AUTOMATIC PAYMENT AMOUNT MAY BE REDUCED BY PAYMENTS,

CREDITS AND/OR RETURNS POSTED ON OR BEFORE THIS DATE.

Exhibit G

June 27, 2013

GE Capital Retail Bank

PO Box 965033

Orlando, FL 32896

Re: Account ending in 7049

I have sent several letters asking for help.  This was not intentional.  My husband lost his job after 26 years and we lost everything.  I am on disability and we are on assistance from the state.

Please see the attached forms of documentation:

Letter from physician stating the account owner is legally blind

Social Security letter with projected income for the year of 2013

Husband's unemployment ended and account holder's health is not good.

House is in foreclosure.

I appreciate your trying to help, but the unemployment was paying the bills and it now has ended and my husband is taking care of me for the stage 3 kidney disease and to get around.
I just had a heart catherization and am now on nitrates daily.  I don't have the funds to pay your settlement offer.  I am now a ward of the state for medical and waiting on food stamps and Liheap.

Pamela Travaglio

Lady Lake, FL 32158

# Exhibit H

GE CAPITAL RETAIL BANK
PO BOX 965033
ORLANDO, FL 32896-5033

January 20, 2013

PAMELA A TRAVAGLIO
███████████
LADY LAKE FL 32158-2357

TFTIFTDFFATTFAFDAFFDTFTTFAFTTTTD TFTDDAFTTTDTAFDAAATFAAFADTFAFFFF D

RE: CARECREDIT/GECRB
Account Number Ending In: 7049

Dear Pamela A Travaglio,

Our records indicate that we have not received the current payment due on the above account. Please disregard this notice if your payment has been remitted.

If this is an oversight, your quick response would be appreciated.  If other payment arrangements are necessary, please call us immediately at our toll free number: **1-877-471-5656**. You have the option to pay your bill online. It is private and secure.

Log-on to: **www.gogecapital.com**

Thank you for your cooperation in this matter.

Mail payments to:

GE Capital Retail Bank
P.O. Box 960061
Orlando, FL 32896-0061

Sincerely,

Collections Department

This is an attempt to collect a debt and any information obtained will be used for that purpose
Account is owned by GE Capital Retail Bank - Member FDIC

5302 9072 3200 2600 C9019 3020 FN0062776    R

# Exhibit I

GE CAPITAL RETAIL BANK
PO BOX 965033
ORLANDO, FL 32896-5033

March 26, 2013

PAMELA A TRAVAGLIO
██████████
LADY LAKE FL 32158-2357

TDDAADDDATTTDDFAFFADDFTAFTDTTATD FATDFAFDTDATADDDFFTFFAFADDDADADA  D

RE: CARECREDIT/GECRB
Account Number Ending In: 7049

Dear Pamela A Travaglio,

This is a notice regarding your delinquent account.

You have been sent several notices that your account is past due. You have failed to contact this office to discuss payment arrangements and efforts to reach you by telephone have been unsuccessful.

Failure to remit the amount past due immediately will force GE Capital Retail Bank to proceed with the appropriate action necessary to collect this debt.

You may call us toll free at: 1-877-471-5656. You have the option to pay your bill online. It is private and secure.

Log-on to: www.gogecapital.com

Mail payments to:

GE Capital Retail Bank
P.O. Box 960061
Orlando, FL 32896-0061

Sincerely,

Collections Department

This is an attempt to collect a debt and any information obtained will be used for that purpose
Account is owned by GE Capital Retail Bank - Member FDIC

5302 9072 3200 2600 C8040 3085 FN0039795   R

# Exhibit J



```
1REPORT NO - 01NAACS # 15                    GE CARD SERVICES                                    PAGE      1
OPROG. NO. F15                          APPLICATION PROFILE - APPROVED                           03/14/10

CENTER CODE - 0    SOCIAL SECURITY NUMBER -
KEY-50683386 ENTRY OPP|DATE|TIME|STATUS - 9900  |10021|133319|02 APP. IS I PRIMARY KEY IS 00000000
AUDIT TABLE = 000000|10021|133319|02*    |00000|000000| *    |00000|000000| *    |00000|000000| *
FINAL TABLE = 000000|10021|133319|02|SDRVEV|000*    |00000|000000| |    |00000|000000| |    |000*
|00000|000000| |    |000*    |00000|000000| |    |000*
STATUS   02 SYSTEM REC   04
AUTO CREDIT PRT - Y CREDIT BUREAU - CBI             CREDIT REPORTS SCORED: CBI1

/  50683386 9900   10021 133319   NUMERIC INPUT SCREEN   000000 10021 133319  /
/  MERCH# 5348120722104395 PH# 000 000 0000 STORE           SALE 004000        /
/  ORIGIN R SOURCE       PRODUCT GI GROUP 64 CLBK/FXBK N INSUR(Y/N) N LANG E   /
/  PASSCD                   REWARD                    XSELL N                   /
/  PRIM FIRST THOMAS           MI M LAST TRAVAGLIO            S JR              /
/  SSN#         BIRTHDATE        ADDR                                          /
/  ADD2               INC 068040 CITY LEMONT        ST IL ZIP 604399000        /
/  NMPH#       INC 068040 FREQ A EMPR#         RES TYPE O                      /
/  RELPH# 000 000 0000 CELL PH                                                 /
/                                                                              /
/  COAP FIRST                   MI  LAST                     S                 /
/  SSN# 000 00 0000 BIRTHDATE 00000000 ADDR                                    /
/  ADD2                     CITY               ST   ZIP 000000000              /
/  NMPH# 000 000 0000 INC 000000 FREQ A EMPR# 000 000 0000 RES TYPE           /
/                                                                              /
/  PRIM SSN#         BIRTHDATE        ADDR              ZIP 60439              /
/  COAP SSN# 000000000 BIRTHDATE 00000000 ADDR          ZIP 00000             /
/                                                                              /
/  ACCT#         5069        APRS 004000     NOTICE          FSTAT -           /
/  DP Y FD Y J1 Y J2 Y J3 N J4 Y QUE                    OV    RR              /
/  CREDIT BUREAU INQUIRY TYPE IN OR A1? A APPROVED WITH CREDIT REPORT          /
/                                                                              /

/  50683386 9900   10021 133319   CREDIT ANALYST SCREEN   000000 10021 133319  /
/  PROD GI GRP 64 MERCH# 5348120722104395 STORE         IND AA ORI R CLI N    /
/  SRC      CLBK N NRPH# 000 000 0000 MERADD ONLAND PARK         IL 604625712 /
/  REQ 004000 PID               ST    EX 0000 CID              ST    EX 6000 / 
/  PRT FIRST THOMAS              MI M LAST TRAVAGLIO             SNF JR        /
/    BIRTHDT         AGE    SSN#         PASSCD                               /
/    ADDRESS                         ADD2                                     /
/    CITY LEMONT          ST IL ZIP 604399000 NPH            TIMEAD 0000      /
/    EMP               INC 068040 FREQ A OTHINC 000000 FREQ M TOT INC 0068640 /
/    EMP PH            TIME&JOB 0000 RES TYPE O MORT/RENT PMT 00000           /
/    RELP             M  L                     PH 000 000 0000               /
/  CO- FIRST                  MI  LAST                    SNF                 /
/    BIRTHDT 0000 0000 AGE 00 SSN# 000 00 0000 NPH 000 000 0000 TIMEAD 0000   /
/    ADDRESS                         ADD2                                     /
/    CITY                   ST   ZIP 00000000 EMP                TMJOB 0000   /
/    INCOME 000000 FREQ A OTHINC 000000 FREQ M  EMP PH 000 000 0000 RES TYPE /
/  PRI USE Y CRED 0027 RISK 0051 FRD 0023 DTI 54 RECS 004000 APRS 004000 NTE 00 N /
/  CO1 USE    CRED 0000 RISK 0000 FRD 0000 DTI 00 LTR    PHOTO N DEP 00000 XSEL N /
/  ACCT#          5069 USER1         USER2        LANG E GRD Z NOTICE         /
/  RFACCT#         5069 EMP# 00000 FAXCOM              FSTAT                  /
/  DP Y FD Y J1 Y J2 Y J3 N J4 Y QUE                    OV    RR             /
/  OPT-OUT         APPROVED WITH CREDIT REPORT              TIER A   APR 00.00/
/                                                                              /

/  50683386 9900   10021 133319  STIPULATION INFO SCREEN  000000 10021 133319  /
/  PROD GI GRP 64 MERCH# 5348120722104395 STORE         IND AA ORI R          /
/                                                                              /
/  FREE FORM STIPULATIONS:                                                     /
/                                                                              /
/         .                                                                    /
/                                                                              /
/                                                                              /
/  FAX STIPULATION CODES:                                                      /
/                                                                              /
/                                                                              /
/         APPROVED WITH CREDIT REPORT                                          /
/                                                                              /

/                         RISK BASED PRICING HISTORY                           /
/APP KEY 50683386 NAME THOMAS           M TRAVAGLIO                            /
/MERCHANT 5348120722104395  PRODUCT GI   GROUP 64    PRIM TIER A   COAP TIER   /
/                                                                              /
/                         PAYMENT           DEALER                            /
/    PLAN      APR        FACTOR        PARTICIPATION                         /
/                                                                              /
/              00.00     0.000000          00.00                             /
/              00.00     0.000000          00.00                             /
/              00.00     0.000000          00.00                             /
/              00.00     0.000000          00.00                             /
/                                                                              /

/  50683386 9900   10021 133319   MISC APP DATA SCREEN   000000 10021 133319  /
/  PROD GI GRP 64 MERCH# 5348120722104395 STORE         IND AA ORI R          /
/  INSUR (Y/N) N REP#        REWARD            PLASTIC CODE                    /
/                                                                              /
/  CELL PH                                                                     /
```

```
/ UNIT TYPE
/ FDR PAYMENT FACTOR 00.000 ACCOUNT BALANCE 000000
/ PRIMARY INCOME VERIFIED    ATR MAX CL 000000
/ CO-APP  INCOME VERIFIED    ATR MAX CL 000000
/ TOTAL ATR INCOME 0000000 FINAL ATR MAX CL 000000
/ CLI WRITTEN CONSENT    DATE
/
/
/
/
/
/
/              APPROVED WITH CREDIT REPORT
/
/- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
/
/ 50683386 9900   10021 133319   DUAL CARD DATA SCREEN   000000 10021 133319
/ PROD GI GRP 64 MERCH# 5348120722104395 STORE        IND AA ORI R
/
/ USE CODE     PRIM Y COAP
/ RISK TIER    PRIM A COAP
/ ORIG RISK TIER PRIM A COAP
/ CASH LIMIT    000000
/ TEMP LIMIT    000000
/ TEMP EXPIR    0000000
/ EXPIRE DATE   0000
/ MERCH APR
/ DOWNSOLD      N
/ ORIG PROG
/ REWARD
/ PASSCD
/ 1ST TIER RSN P
/ 1ST TIER RSN C
/
/
/
/              APPROVED WITH CREDIT REPORT
/
/- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
/
/ 50683386 9900   10021 133319   MANAGER DATA SCREEN    000000 10021 133319
/ PROD GI GRP 64 MERCH# 5348120722104395 STORE        IND AA ORI R
/
/ USE CODE     PRIM Y COAP
/ RISK TIER    PRIM A COAP
/ ORIG RISK TIER PRIM A COAP
/
/
/
/
/
/
/
/
/
/
/
/              APPROVED WITH CREDIT REPORT
/
/- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
/
/ 50683386 9900   10021 133319 ADDITIONAL INFO SCREEN  000000 10021 133319
/ PROD GI GRP 64 MERCH# 5348120722104395 STORE        IND AA ORI R
/ PRIMARY CONTACT    NAME
/ PRIMARY ADDITIONAL NAME
/ COAPP   CONTACT    NAME
/ COAPP   ADDITIONAL ADDR
/              APPROVED WITH CREDIT REPORT
/
/- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
/
/ 50683386 9900   10021 133319   RISK FRAUD SCREEN    000000 10021 133319
/VERID:
/PASS - FAIL    (Y-PASS,N=FAIL,E-VERID ERROR)  ERROR/FAIL CODE
/QUESTION CODES/PASS-FAIL                              (Y-PASS,N=FAIL)
/INFO CODES
/DECISION TYPE   (A APPROVE,D DECLINE,P-PENDING)
/
/HOT/FOREIGN IP:
/IP ADDRESS                RISKY IP  FOREIGN COUNTRY IND  COUNTRY CODE
/STATE CODE    ZIP CODE      AREA CODE 000  TIME ZONE 00[
/CONNECTION TYPE    ROUTING TYPE    DISTANCE 0000
/AOL IND    LOOKUP IND    RISKY SLD/TLD IND    SLD/TLD MISMATCH IND
/TLD
/SLD
/
/
/
/
/              APPROVED WITH CREDIT REPORT
/
/- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
/
/ 50683386 9900   10021 133319   FRAUD ANALYST SCREEN   000000 10021 133319
/ VICTIM-STMT                         ALERT-STMT
/ APP-PRIM F THOMAS          M M L TRAVAGLIO            S JR
/ BUR PRIM F THOMAS          M M L TRAVAGLIO            S JR
/ APP-ADDR                   ADD2
/  CITY LEMONT         ST IL ZIP 604390000 APP-SSN        APP-DOB
/ BUR-ADDR                   ADD2
/  CITY LEMONT         ST IL ZIP 604390000 BUR-SSN        BUR-DOB
/ HOME-PHONE          EMP-PHONE          NEAR-REL-PHONE 000 000 0000
/ EMP          REL F    M  L                    S
/ COAP F              M  L                S
/ COAP ADDR                  ADD2
/   CITY           ST   ZIP 000000000 COAP-VICTIM   COAP-ALERT
/ CSSN 000000000 CHPH 000 000 0000 CNPH 000 000 0000 PI 068640 F A CI 000000  F A/
/ MER-NAME EDDIE ZS ORLAND PARK    MER-PH 000 000 0000 MER# 5348120722104395
```

```
/ MER-ZIP 604625712 DISTANCE 006 STORE          OLD MER#         FED ALGO PRD        /
/ PRI PRD 0231 CRED 0274 RSK 0515 ID                    ST   EX 0000 #INQ-6DYS 01    /
/ CO  PRD 0000 CRED 0000 RSK 0000 ID                    ST   EX 0000 #INQ-TOT 08     /
/ NOTICE        FD GI GP 64 LTR      TOT FAMINC 0068040 TTRAD 0000 ORG R BUR R  ?     /
/ ACCT #      ████████5063 JAMT 004000 FEC-LIM 004000 APR-LIMS 064000 MTS 00 /
/ DP Y FR Y J1 Y J2 Y J3 N J4 Y QUE                     OV     BR                    /
/                     APPROVED WITH CREDIT REPORT                                     /
/
--------------------------------------------------------------------------------------

/
/                     APPLICATION AUDIT/INFORMATION SCREEN                            /
/ CENTER CODE 0    KEY NUMBER 50683386    PRODUCT/SUBPRODUCT TYPE GI BR               /
/ ALGORITHM NWP   GEO CODE 00   RESION CODE 000   LOAN CLASS 001   TIME ZONE 0        /
/ APPLICATION RECORD LENGTH 08192  SYSTEM RECOMMENDATION 04  STATUS 02                /
/ ALPHA ALTERNATE INDEX BD O TRAVAGLI THOMAS M  SPECIAL HANDLING IND N                /
/ QUE INFO -  CODE         PRIORITY 0 MESSAGE CODE    DISPLAY   QUEUE BY PROD SWITCH X/
/                  MATRIX CODE      VIP CODE     TIME PLACED IN QUEUE 9999090          /
/ CALLBACK? N    DATE/TIME 000000  000000  JOINT/COMAKER INDICATOR 1                  /
/ APPLICATION ENTERED ON 20100221  AT 013331 BY 9900   R DEFINITE DUP KEY 00000000/   /
/                      OP#/TYPE    DATE       TIME     ELAPSED  STATUS                 /
/ APPLICATION       000000 C   2010021   013331  000000     02                        /
/ MAINTENANCE                  0000000   000000  000000                               /
/ AUDIT                        0000000   000000  000000                               /
/ INFORMATION                  0000000   000000  000000                               /
/ (MOST RECENT FIRST)          0000000   000000  000000                               /
/               - OP#/TYPE     DATE       TIME  ELAPSED  SCORE  ANALYST STATUS/        /
/ ---1ST DECISION---> 000000 C  2010021   013331 000000  000    SURVEY   02            /
/ LAST 5 APP      000000 C   10021   013331 000000  000    SURVEY   02                 /
/ FINALIZATION                 00000   000000 000000  000                              /
/ DECISIONS                    00000   000000 000000  000                              /
/ AUDIT INFORMATION            00000   000000 000000  000                              /
/ (MOST RECENT LAST)           00000   000000 000000  000                              /
/
--------------------------------------------------------------------------------------

/
/ 50683386 9900   10021 133319   APPLICATION SCORES   000000 10021 133319             /
/ PRODUCT CODE: GI  GROUP CODE: 64   DEC BASED ON PRI 1ST APPROVAL DATE 2010021        /
/  PRIMARY:                        COAPPLICANT:                                        /
/  CREDIT BUREAU      CBI          CREDIT BUREAU                                       /
/  SEGMENTATION ID    08           SEGMENTATION ID     99                             /
/  RISK TIER          A            RISK TIER                                          /
/  CREDIT SCORE       0274 NWP     CREDIT SCORE       0000                            /
/  RADAR SCORE        0000  25     RADAR SCORE        0000                            /
/  RADARS SCORE       0515 S TM NW IQ IK RADAR2 SCORE 0000                            /
/  CI SCORE           00911        CI SCORE           00000                           /
/  BANKRUPTCY SCORE   00626        BANKRUPTCY SCORE   00000                           /
/  CONTRACTOR SCORE   00626        CONTRACTOR SCORE   00000                           /
/  FICO SCORE         00000 25     FICO SCORE         00000                           /
/  PRD 4/5/6 SCORE    0225 0231 0758  PRD 4/5/6 SCORE  0000 0000 0000                  /
/  PRD 5 REASON CODES   08 03 13   PRD 5 REASON CODES                                 /
/  PINNACLE SCORE     0000 25      PINNACLE SCORE     0000                            /
/  BNI SCORE          0000 25      BNI SCORE          0000                            /
/  CS ATTRIBUTE REASON    CB REFULL  CS ATTRIBUTE REASON     CB REFULL                /
/  CRMS SCORES        10 702       CRMS SCORES                                        /
/  HEALTHCARE: SEG 05   SCORE 594  HEALTHCARE: SEG      SCORE 000                      /
/  RISKWISE: IND    SCORE          RISKWISE: IND     SCORE                            /
/  WARNING CODES                   WARNING CODES                                      /
/
--------------------------------------------------------------------------------------

/
/ 50683386 9900   10021 133319   POINT SCORE SUMMARY   000000 10021 133319            /
/ CLUSTER 08   SCORE 00911 CONSUMER INSTALLMENT SCORE CARD - PRIM                     /
/ USE             DATA  POINTS    USE                  DATA  POINTS                   /
/ Y TIME AT ADDR YY  00  0000     Y LOAN/BAL RATIO 005.88   0055                      /
/ Y RES CODE          0  0000     Y TIME ON JOB YY   00   0000                        /
/ Y VECTOR 643       02  0000     Y VECTOR 645    096.43   0097                       /
/ Y VECTOR 665       94  0000     Y VECTOR 707       00   0043                        /
/ Y VECTOR 716    015.19  0129    Y VECTOR 746       74   0000                        /
/
/
/
/
/
/
/
/   BUREAU CBI     DEC BASED ON PRI                                                   /
/
--------------------------------------------------------------------------------------

/
/ 50683386 9900   10021 133319   POINT SCORE SUMMARY   000000 10021 133319            /
/            SCORE 00626 CONTRACTOR SCORE CARD - PRIM                                 /
/ USE           DATA  POINTS     USE                  DATA  POINTS                    /
/ Y TIME IN BUS YYMM 0000  0048  Y NUM EMPLOYEES   000   0024                         /
/ Y TYPE OF BUSINESS        0000                                                      /
/ Y VECTOR 657       02  0000     Y VECTOR 681      150   0081                        /
/ Y VECTOR 681       00  0000     Y VECTOR 951       00   0000                        /
/ Y VECTOR 645    096.43  0051    Y VECTOR 602       04   0016                        /
/ Y VECTOR 647    076.80  0104                                                        /
/
/ Y WORST EVER       00  0000                                                         /
/   VECTOR 682       00                                                               /
/   VECTOR 683       00                                                               /
/   VECTOR 684       00                                                               /
/   VECTOR 685       00                                                               /
/
/
/
/   BUREAU CBI     DEC BASED ON PRI                                                   /
/
--------------------------------------------------------------------------------------

/
/ 50683386 9900   10021 133319   POINT SCORE SUMMARY   000000 10021 133319            /
/ ALGO NWP                       FRAUD SCORE CARD                                     /
/ USE               DATA         USE                  DATA                            /
/ Y PRODUCT CODE      GI         ORIGIN CODE          R                              /
/ Y HOME AREA CODE    630        Y PRODUCT CODE       GI                             /
/ Y DAYS SINCE REC INQ D002      CRYSTAL SCORE        00274                          /
/ Y ZIP POSITION COMPARE   3     INCOME             0068040                          /
/ Y MORTGAGE TRADE IND    1      Y ZIP CODE PREFIX    604                            /
```

```
/  Y DISTANCE APART    006              NUM INQ LAST 7 DAYS    01          /
/  Y PRIM APPL INCOME  058040         Y ADDRESS DISCREPANCY    N          /
/  Y JOINT INDICATOR    M             Y DISTANCE APART    006             /
/  Y NBR INQ LAST 6 MTHS  06          Y DAYS SINCE RECENT INQ  000        /
/  Y INSURANCE IND       N            Y JOINT INDICATOR    N              /
/  Y ORIGIN CODE         R                                                /
/  Y APPLICANT AGE      47                                                /
/  Y DAYS SINCE REC INQ 0002                                             /
/                                                                         /
/       PHASE 5 SCORE    0023              PHASE 6 SCORE    0758          /
/  REASON CODES  08  03  13                                              /
/                                                                         /
/  RISKWISE   IND    SCORE                 PHASE 4 SCORE    0225          /
/  WARNING CODES                                                         /
/                                                                     +   /
```

```
/-----------------------------------------------------------------------/
/                        JUDGMENTAL HISTORY SCREEN                       /
/                                                                        /
/APP KEY 50683386 NAME THOMAS              M TRAVAGLIO                    /
/                    P C O                 P C O              P C O       /
/01 PRI MINIMUM AGE      18 NORIT INDV        35 MIN SALES AMT           /
/02 RISKY APP           19 NORIT JNT1        36 DEROGS LAST 2 YRS        /
/03 CREDIT LINE INC     20 NORIT JNT2        37 DTI RATIO STD/BEST       /
/04 MIN TOTAL FAM INC   21 INQ 6 MTHS        38 RISK SCR                 /
/05 DEPOSIT             22 BNK UNTIL4        39 ITEMIZATION ERROR        /
/06 VICTIM STMT         23 ERROR INDV        40 PRI SSN ZEROES           /
/07 PROBLEM MERCH       24 ERROR JNT1        41 CO SSN ZEROES            /
/08 BANKRUPTCY          25 ERROR JNT2        42 PRI SSN INVALID          /
/09 REPOSSESSION        26 ALGO QUEUE        43 CO SSN INVALID           /
/10 DUP-IND-SAME-DEC    27 ALGO REJECT       44 RI REQ LIM               /
/11 DUP-IND-SAME-APP    28 CHARGEOFFS        45 PROD/RT                  /
/12 SSN MATCH - PRI     29 COLLECTIONS       46 MERCH FRAUD              /
/13 SSN MATCH - CO      30 JUDGMENTS         47 UNKNOWN MAKE             /
/14 NAME MATCH - PRI    31 SM-LG TRUE DUP    48 BAD MANUFACTURER         /
/15 NAME MATCH - CO     32 SAME-LIKE DUP     49 LG TOT FAM INC           /
/16 ADDR MATCH - PRI    33 CB AGE NOT 18     50 DUP-IND-DEROG DEC        /
/17 ADDR MATCH - CO     34 CB AGE => 18                                  /
/                                                                     +  /
```

```
/-----------------------------------------------------------------------/
/                       JUDGMENTAL HISTORY 2 SCREEN                      /
/                                                                        /
/APP KEY 50683386 NAME THOMAS              M TRAVAGLIO                    /
/                    P C O                 P C O              P C O       /
/51 NEW ONLY FOR MPOS    68 FACTA ADDR DSCR    85 C DUP-SSN-PREV-A       /
/52 BK1 INSIDER         69 TERM MERCH         86 BTA FLAG                /
/53 DEBT TO INC         70 CO MINIMUM AGE     87 MTS 8 - FAILED          /
/54 DUP-IND-APR         71 HIGH INSTALLMENT   88 NI REQD ALPHA BF        /
/55 DLR CHARGED APP     72 PAYMENT / INCOME   89 NI REQD NUMBR BF        /
/56 DUP-IND-DEC         73 PRI CB ALERT       90 NI MT/ZIP PROV/CD       /
/57 DUP-IND-PEND        74 CO CB ALERT        91 NI ADDR MISMATCH        /
/58 DUP-JNT-EX-SAME-A   75 ALGO JOINT         92 NI MONIT INDIVID        /
/59 DUP-JNT-EX-SAME-D   76 PRI OFAC MATCH     93 CLI BTA THRESHOLD       /
/60 DUP-JNT-EX-DEROG    77 CO OFAC MATCH      94 NI MONIT JNT BOTH       /
/61 DUP-JNT-EX-APR      78 PRI DUP-HOME-PHN   95 REVIEW APR DEC          /
/62 LOAN TO VALUE       79 CO DUP-HOME-PHN    96 NI MONIT JNT ONE        /
/63 DUP-JNT-EX-DEC      80 DUP IND-SAME ALT   97 NO INCOME               /
/64 DUP-JNT EX PEND     81 DUP-JNT-SAME ALT   98 SSN MISMATCH            /
/65 DUP-JNT-SAME-APP    82 CLI VERIFD NEEDED  99 DISTANCE                /
/66 DUP-JNT-SAME-DEC    83 P DUP-SSN-PREV-A   100 VERIFY INCOME          /
/67 DISP INCOME THRSH   84 C DUP-SSN-PREV-D                              /
/                                                                     +  /
```

```
/-----------------------------------------------------------------------/
/                       JUDGMENTAL HISTORY 3 SCREEN                      /
/                                                                        /
/APP KEY 50683386  NAME THOMAS             M TRAVAGLIO                    /
/                    P C O                 P C O              P C O       /
/101 RISKWISE           118 BANKRUPTCY (1)    135 ID VERIFY FAILED       /
/102 AUTHENTIC SSN      119 BANKRUPTCY (2)    136 ZIP CODE MISMATCH      /
/103 AUTHENTIC HPH      120 CURR BANKRUPTCY   137 COAPP DECISION ED      /
/104 CB RPT FROZEN      121 TERMINATED PROG   138 DUP STRATEGY EDIT      /
/105 AREA CODE ERR      122 BANKRUPTCY <7 YR  139 NUM INQ 4 DAYS         /
/106 UNIT TYPE          123 TRDS OPEN L6 MTH  140 NUM INQ 7 DAYS         /
/107 MULTIPLE UNIT      124 MTRS ON FILE (1)  141 NUM INQ 14 DAYS        /
/108 PAT ACT PO BOX     125 MTRS ON FILE (2)  142 MSRF MISSING (R)       /
/109 PAT ACT NO HIT     126 # BANK TRDS       143 FLASH APP              /
/110 CLI CONSENT        127 3+ CURR PAST DUE  144 MAX DUP APPROVALS      /
/111 MSRF MISSING       128 DEFERRED TRDS     145 NUM INQ 45 DAYS        /
/112 REQ SALE > CRL     129 INSUF CREDIT      146 USED MSRF MISSING      /
/113 REQ SALE = 0       130 LOW SCR & <JP YR  147 HIGH RISK SRC PIP      /
/114 MTRS ON FILE       131 REV BAL > SJP     148 FLAGGED IP PIP         /
/115 DEATH NOTICE       132 FACT ACT INITIAL  149 WRITTEN APP REQD       /
/116 RENT/OWN           133 FACT ACT EXTEND   150                        /
/117 % OWNERSHIP        134 FACT ACT ACT DTY                             /
/                                                                     +  /
```

```
/-----------------------------------------------------------------------/
/ 50683386 9900   10021 133319   POINT SCORE SUMMARY   000000 10021 133319 /
/ ALGO 05      SCORE 594   HEALTHCARE SCORE CARD - PRIM                   /
/                                                                         /
/ U         DATA PNTS  U         DATA PNTS  U         DATA PNTS          /
/   FICO 003    083 000     FICO 027    017 000  Y FICO 071    12 091    /
/   FICO 004 00001416 000   FICO 028    008 000  Y FICO 078    040 078   /
/   FICO 007    040 000   Y FICO 029    017 075    FICO 079    080 000   /
/   FICO 008    040 000     FICO 035    00 000      FICO 082    000 000   /
/   FICO 010    098 000     FICO 037    00 000      FICO 083    029 000   /
/   FICO 011    099 000     FICO 040    00 000      FICO 087      Z 000   /
/   FICO 012      Z 000   Y FICO 041    00 076      FICO 090 00027500 000/
/   FICO 014      Z 000     FICO 047    01 000    Y FICO 091 00001079 069/
/   FICO 016     40 000     FICO 050    03 000      FICO 092 00027500 000/
/   FICO 019    250 000   Y FICO 052    05 073      FICO 093      R 000   /
/   FICO 021    250 000     FICO 058    20 000      FICO 094      I 000   /
/   FICO 024    250 068     FICO 059    01 000      FICO 096 05002798 000/
/   FICO 025    250 068     FICO 064    00 000      FICO 099 00005526 000/
/   FICO 026    042 000     FICO 069    12 000    Y FICO 099 00518864 074/
/                           FICO 061    03 000                           /
/                                                                         /
/   BUREAU CBI      DEC BASED ON PRI                                      /
/                                                                         /
```

```
1REPORT NO - OLNACS # 15                      GE CARD SERVICES           PAGE    2
0PROG. NO. F35                            APPLICATION PROFILE - APPROVED  03/14/10

CENTER CODE - 0      SOCIAL SECURITY NUMBER ████████
```

** EQUIFAX CREDIT REPORT **
ID REPORT DATE 01/21/2010 FILE SINCE 10/01/1988 LAST ACT 01/19/2010 BUREAU 024
ID THOMAS          M          TRAVAGLIO          JR DOB







** END OF EQUIFAX CREDIT REPORT **

# Exhibit K

**IMPORTANT LIMITATIONS AND RESTRICTIONS: IF A CLAIM GOES TO ARBITRATION, NEITHER YOU NOR WE WILL HAVE THE RIGHT TO: (1) HAVE A COURT OR A JURY DECIDE THE CLAIM; (2) ENGAGE IN DISCOVERY (I.E., THE RIGHT TO OBTAIN INFORMATION FROM THE OTHER PARTY) TO THE SAME EXTENT THAT YOU OR WE COULD IN COURT: (3) PARTICIPATE IN A CLASS ACTION IN COURT OR IN ARBITRATION, EITHER AS A CLASS REPRESENTATIVE OR A CLASS MEMBER: (4) ACT AS A PRIVATE ATTORNEY GENERAL IN COURT OR IN ARBITRATION; OR (5) JOIN OR CONSOLIDATE CLAIMS(S) WITH CLAIMS OF ANY OTHER PERSON. THE RIGHT TO APPEAL IS MORE LIMITED IN ARBITRATION THAN IN COURT. OTHER RIGHTS THAT YOU OR WE WOULD HAVE IF YOU OR WE WENT TO COURT MAY ALSO NOT BE AVAILABLE IN ARBITRATION. ONLY A COURT MAY DETERMINE THE VALIDITY AND EFFECT OF PARTS 3, 4 AND 5 OF THIS PARAGRAPH. IF A COURT SHOULD HOLD SUCH PART(S) TO BE INVALID, THEN THE ENTIRE ARBITRATION PROVISION SHALL BE NULL AND VOID. HOWEVER, THIS WILL NOT LIMIT THE RIGHT TO APPEAL SUCH HOLDING. IF A COURT SHOULD HOLD ANY OTHER PART(S) OF THIS ARBITRATION PROVISION TO BE INVALID, THE REMAINING PARTS SHALL BE ENFORCEABLE. IN NO EVENT SHALL THE INVALIDATION OF ANY PART OF THIS ARBITRATION PROVISION HAVE THE EFFECT OF AUTHORIZING AN ARBITRATOR TO MAKE AN AWARD TO, ON BEHALF OF, OR AGAINST, ANY PERSON WHO IS NOT A NAMED PARTY TO THE ARBITRATION.**

This arbitration provision will survive the termination of your Account and the Card and will remain in force no matter what happens to you or your Account. In case of any conflict or inconsistency, this Agreement controls over any rules and procedures of the arbitration administrator.

**22. GOVERNING LAW.** Except as provided in the arbitration provision, this Agreement and your Account and any claim, dispute or controversy arising from or relating to this Agreement or your Account, whether based on contract, tort, fraud and other intentional torts, statute, common law and/or equity, are governed by and construed in accordance with federal law, and to the extent that state law applies, the laws of the State of Utah (without regard to internal principles of conflicts of law). The legality, enforceability and interpretation of this Agreement and the amounts contracted for, charged and received under this Agreement will be governed by such laws. This Agreement is entered into between you and us in Utah. We make decisions about granting credit to you from, extend credit to you under this Agreement from, and accept your payments in Utah.

**23. ASSIGNMENT.** We may sell, assign or transfer any of our rights or obligations under this Agreement or your Account, including our rights to payments, without prior notice to you. You may not sell, assign or transfer any of your rights or obligations under this Agreement or your Account.

**24. SEVERABILITY.** If any provision of this Agreement is determined to be void or unenforceable under applicable law, all other provisions of this Agreement shall still be valid and enforceable.

**25. ENTIRE AGREEMENT.** This Agreement, together with any application you signed or otherwise submitted in connection with the Account (which is hereby incorporated by reference in this Agreement), constitutes the entire agreement between you and us relating to your Account and supersedes any other prior or contemporaneous agreement between you and us relating to your Account. This Agreement may not be amended except in accordance with the provisions of this Agreement. It is not the intention of the parties that anything in this Agreement should result in the assessment of fees or charges in excess of those permitted by applicable law. If any fee or charge assessed under this Agreement is finally determined to be in excess of that permitted by applicable law, the excess amount will be applied to reduce the outstanding balance in your Account or, if there is no outstanding balance, will be refunded to you.

(8)

## FEDERAL AND STATE NOTICES

**NEW JERSEY RESIDENTS:** Because certain provisions of this Agreement are subject to applicable laws, they may be void, unenforceable or inapplicable in some jurisdictions. None of these provisions, however, is void, unenforceable or inapplicable in New Jersey.

Your signature on the application or sales slip for the initial purchase approved on this Account represents your signature on this Agreement and is incorporated by reference.

*Mark D Hayes*

Mark D. Hayes
Vice President, Marketing
GE Money Bank
4246 South Riverboat Rd., Suite 200
Salt Lake City, UT 84123-2551

**Notice:** The following is important information regarding your right to dispute billing errors.

### YOUR BILLING RIGHTS
### KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify Us in Case of Errors or Questions About Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your Statement under billing inquiries. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and Account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

**Your Rights and Our Responsibilities After We Receive Your Written Notice**
We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that

(9)

you have a question about your bill. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right:

(a) You must have made the purchase in your home state or, if not within your home state, within 100 miles of your current mailing address; and

(b) The purchase price must have been more than $50.

These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

### PRIVACY POLICY

This Privacy Policy describes our information collection and sharing practices. Please read it carefully and retain with your records for this Account. This Policy applies only to current and former customers and applicants in their relationships with us relating to this consumer credit Account of GE Money Bank ("GEMB," "we", "us" or "our").

**Information We Collect** – We collect personally identifiable information about you (such as your address, phone number, social security number, mother's maiden name and transaction information about items purchased, payments and payment method), for identification, account management, servicing and marketing purposes. We obtain information about you directly from you (such as on application forms), through your use of our products and services, and in some cases, from third parties (such as credit bureaus and demographic firms). Occasionally, we may also collect information about you online using "cookies" (small pieces of data stored by your Internet browser on your computer) or other technology that may be used to remember passwords for you, to track your website usage with us, and to provide you with customized content, among other things.

**Information We Share with Others** – We may use and share all of the information we collect, subject to applicable law, with the following (these examples are not intended to be all-inclusive):

- **The Retailer/Merchant/Dealer associated with this credit program and its affiliates and program sponsors** (as applicable), for use in connection with this consumer credit program and as otherwise permitted by law. They may use this information to update their records, to provide you with notices of special promotions and other tailored offerings, to answer questions about this Account and perform other credit program functions or for other purposes permitted by law. They may use their affiliates, licensees, sponsors or third-party service providers (such as modeling and database companies) to assist them in any of these activities.

- **Service Providers and program sponsors** (including our affiliates), to assist us in servicing Accounts, like preparing billing statements and promotional materials, and responding to customer inquiries. We also may use marketing firms, such as modeling companies, to assist us in our own marketing efforts.

(10)

- Financial Institutions with whom we jointly offer financial products, such as loan products or credit insurance. If your billing address is in Vermont, this information will be limited to your name and contact information, and transaction and experience information on this Account.

- GEMB's affiliates, who are other companies in the General Electric Company corporate family ("GEMB Affiliates") for servicing or marketing purposes, subject to your right to opt out of sharing of credit eligibility information, such as certain information from credit bureaus and your application, as provided in the *It's Your Choice* section below. Subject to your right to opt out, GEMB Affiliates also may use information from us concerning your credit eligibility, and your transactions and experience with us, to send you marketing solicitations about products and services.

- Third Parties, who are interested in offering special products or services to you, subject to your right to opt out as provided in the *It's Your Choice* section below. For example, we disclose information, either directly or through the Retailer/Merchant/Dealer and its affiliates and program sponsors (as applicable) to financial service providers offering products such as insurance, mortgages or loans, and non-financial companies offering consumer products and services. We may disclose name, address and telephone numbers, as well as Account purchase and performance history.

- Others: We report Account information, such as credit limit, balances and payment information, to credit bureaus. In addition, we may buy and sell assets, lines of business and/or Accounts. When this occurs, customer information generally is disclosed to bidders and is one of the transferred business assets. We also disclose information about you to third parties in certain other circumstances, as permitted by law.

### It's Your Choice

It's Your Choice – You have the right to opt out of our sharing of information with certain third parties, as described below. To opt out please call us toll-free at 1-877-905-2097, or write to us at P.O. Box 981439, El Paso, TX 79998-1439. If you have previously informed us of your preference, you do not need to do so again.

If you opt out, you will be directing us as follows:

Do not share information about me with companies other than with GEMB Affiliates, and with the Retailer/Merchant/Dealer and its affiliates and program sponsors (as applicable) for use in connection with this credit program and as otherwise permitted by law. Do not share with GEMB Affiliates information used to determine my eligibility for credit. Do not allow GEMB Affiliates to solicit me for products and services based on transaction, experience or credit eligibility information they receive from GEMB.

*Important Notes About Your Choice*

- Please understand that, even if you opt out as described above, we will continue to share information with the Retailer/Merchant/Dealer and its affiliates and program sponsors (as applicable) associated with this Account, joint marketing partners and service providers as described in this policy, and as otherwise permitted by law. And we will continue to share information that identifies you, and about your transactions and experiences with us, with GEMB Affiliates.

- If you have a joint account, a request by one party will apply to all parties on the Account.

---

- We will process your request promptly. However, it may take us several weeks to ensure that all records are updated with your preference. In the interim, you may continue to be included in programs as described above. Also, after your request is processed, you may still be contacted by GEMB Affiliates and/or other companies based on their own information.

- Even if you opt out, we will continue to provide you with billing inserts and mail notices of special offers and new benefits.

- Vermont Residents: If (and while) your billing address is in Vermont, we will treat your Account as if you had exercised the opt-out choice described above and you do not need to contact us in order to opt out. If you move away from Vermont and wish to restrict us from sharing information about you as provided in this Policy, you must then contact us to exercise the opt-out choice described above.

Our Security Procedures – We maintain physical, electronic, and procedural safeguards that comply with federal standards to guard nonpublic personal information about you. We limit access to personal and Account information to those employees and agents who assist us in providing products and services to you. We also require third parties to whom we disclose nonpublic personal information to adhere to this Privacy Policy and to establish information security procedures.

Your Access to Information – We provide you access to information about your Account by sending you monthly billing statements outlining your transactions, finance charges, and other Account information, and by providing customer service representatives to answer your questions.

How This Policy Applies to You – The examples contained in this Privacy Policy are illustrations only, and are not intended to be all-inclusive. If you decide to close your Account, or become an inactive customer, or if we close or suspend your Account, we will continue to adhere to the privacy policies and practices described in this notice to the extent we retain information about you. We may amend this Privacy Policy at any time, and we will inform you of changes as required by law. You may have other privacy protections under state laws and we will comply with applicable state laws when we disclose information about you. This Privacy Policy applies only to this consumer credit Account with GE Money Bank and does not apply to any other accounts you may have with us, and replaces our previous disclosures to you about our information practices.

---

For account information, visit us at www.geonlineservice.com

---

# GE MONEY BANK
## CREDIT CARD AGREEMENT

1. **GENERAL**. This Agreement ("Agreement") governs your credit card account referenced on the document received with your Card or on your welcome letter ("Account"). In this Agreement and your billing statement ("Statement"), "we", "us", and "our" means GE Money Bank, 4246 South Riverboat Road, Suite 200, Salt Lake City, UT 84123-2551, "you" and "your" means all persons who we approve to use the Account; and "Card" means your credit card that is issued by GE Money Bank and that is referenced on the document received with your Card or on your welcome letter. The effective date of this Agreement will be the earlier of (i) the date you submit an Account application that is approved by us, or (ii) the first date that you or someone authorized by you uses the Account.

2. **USE OF ACCOUNT**. You may use your Account (i) to purchase goods and services ("Purchases"), (ii) to obtain cash advances ("Cash Advances") by writing convenience checks ("Convenience Checks") we may provide to you from time to time or by other means we may make available, or (iii) to transfer balances from other credit card accounts to this Account ("Balance Transfers") by means (including balance transfer checks) we may make available from time to time, or to a portion of any credit limit we may establish for your Account ("Credit Limit"). Except as otherwise provided in this Agreement or in any applicable offer, Balance Transfers will be treated as Purchases. You may not initiate Balance Transfers to this Account from other accounts with us or any of our affiliates. We may limit your Cash Advances to a portion of your Credit Limit (your "Cash Limit") and if we do so, you agree not to take Cash Advances in excess of your Cash Limit. We may decline to authorize any Purchase, Balance Transfer or Cash Advance or change your Credit Limit at any time. You may use your Account only for personal, family or household purposes.

3. **PROMISE TO PAY**. You promise to pay us for all credit that we extend on your Account for Purchases, Balance Transfers, Cash Advances, and all other amounts owed to us under the terms of this Agreement.

4. **PERIODIC FINANCE CHARGES**.

   A. We calculate the periodic Finance Charge separately for Purchases and Cash Advances. The Annual Percentage Rate may sometimes be referred to as "APR". For each billing period in which a periodic Finance Charge is imposed, the amount of the Finance Charge is the total of the amount of the periodic Finance Charge calculated during the billing period. The periodic Finance Charge for each billing period is calculated by applying the applicable daily periodic rate ("Periodic Rate") in effect during that billing period to the balance subject to periodic Finance Charges for each day in the billing period, and adding together all of those daily Finance Charge amounts. A minimum **FINANCE CHARGE** of up to **$2.00** will be imposed for each billing period in which your Account is subject to a Finance Charge.

   B. The periodic Finance Charges will be determined separately for charges incurred under any Special Payment Plan in accordance with the terms established for such Special Payment Plan. *You understand and acknowledge that this Account provides for the daily compounding of periodic Finance Charges.*

5. **PERIODIC RATES**.

   A. The Periodic Rate for your Purchase Balance is the Purchase Standard Rate, unless the Delinquency Rate applies as described below. The Purchase Standard Rate for a billing period is .06846% (**APR 24.99%**).

   B. The Periodic Rate for your Cash Advance Balance is the Cash Standard Rate, unless the Delinquency Rate applies as described below. The Cash Standard Rate for a billing period is .06846% (**APR 24.99%**).

---

183-893-00 (24.99%, 3.1%)                                    Version E
Revision Date:    7/13/09
Print Date:    7/09                                           M-94782

C. The Periodic Rates and corresponding APRs for all Account balances (including any promotional rates) may be increased if you fail to make a required Minimum Payment by the Payment Due Date, you make a payment to us that is not honored by your bank or you exceed your Credit Limit. If we increase your Periodic Rates, the new Periodic Rates will be equal to the Delinquency Rate, or at our discretion a lower rate. Our decision may be based on factors such as the timing or seriousness of any default, your payment and purchase history and other performance on this Account. The increased Periodic Rates will apply to your existing balances and future transactions and will take effect as of the first day of the billing period in which your missed or returned payment was due or in which you exceeded your Credit Limit. We also may change rates or other terms as provided in the Termination/Change In Terms Section of this Agreement. The Delinquency Rate is a rate of .08216% (APR 29.99%).

6. BALANCE SUBJECT TO PERIODIC FINANCE CHARGES.

A. The Purchase Balance subject to a periodic Finance Charge is the Purchase Daily Balance of the Account. To determine the Purchase Daily Balance, we take the prior day's Purchase Balance of your Account, which includes unpaid periodic Finance Charges on your Purchase Balance, and add any new Purchases, including any Balance Transfers that are treated as Purchases, and other debits charged to your Account that day, and subtract any payments and other credits applied to your Purchase Balance that day. Each day we also add any periodic Finance Charges on your Purchase Balance and other Finance Charges and fees (other than Transaction Fees for Cash Advances), including any debt cancellation fees, assessed that day on your Account. This gives us the Purchase Daily Balance of the Account. Any Purchase Daily Balance of less than zero will be treated as zero.

B. The Cash Advance Balance subject to a periodic Finance Charge is the Cash Advance Daily Balance of the Account. To determine the Cash Advance Daily Balance, we take the prior day's Cash Advance Balance of your Account, which includes any unpaid periodic Finance Charges on your Cash Advance Balance, and add any new Cash Advances, including any Balance Transfers that are treated as Cash Advances, Transaction Fees for Cash Advances and periodic Finance Charges on your Cash Advance Balance for that day and subtract payments and other credits applied to your Cash Advance Balance that day. This gives us the Cash Advance Daily Balance of the Account. Any Cash Advance Daily Balance of less than zero will be treated as zero.

7. WHEN PERIODIC FINANCE CHARGES BEGIN TO ACCRUE. Purchases and Cash Advances begin to accrue periodic Finance Charges from the date of the transaction (or, at our option, from the date they are posted to your Account) and continue to accrue Finance Charges until the charge is paid in full. However, you can avoid periodic Finance Charges on new Purchases if for each billing period you pay your New Balance, including any Cash Advance balance and any balance of Purchases made under any Special Payment Plan, in full on or before the Payment Due Date for such billing period. There is no period within which you can avoid periodic Finance Charges on Cash Advances or Transaction Fees for Cash Advances.

8. PAYMENTS.

A. You must pay at least the Minimum Payment on your Statement by the Payment Due Date shown on the Statement. You may pay more than the Minimum Payment at any time.If you have a balance subject to Finance Charges, earlier payment may reduce the amount of Finance Charges you will pay. Any time the APR applicable to your Account is 25.0% or less, your Minimum Payment initially will be (i) the greater of $15 or 3.1% of your New Balance (excluding any balance attributable to any Special Payment Plan that involves delayed or special payments), rounded to the next highest dollar, plus (ii) any past due amounts, plus (iii) any amount due under any Special Payment Plan. Any time the APR applicable to your Account is greater than 25.0%, your Minimum Payment initially will be (i) the greater of $15 or 3.5% of your New Balance (excluding any balance attributable to any Special Payment Plan that involves delayed or special payments), rounded to the next highest dollar, plus (ii) any past due amounts, plus (iii) any amount due under any Special Payment Plan. Any time the APR applicable to your Account is greater than 25.0%, your Minimum Payment initially will be (i) the greater of $15 or 3.5% of your New Balance (excluding any balance attributable to any Special Payment Plan that involves delayed or special payments), rounded to the next highest dollar, plus (ii) any past due amounts, plus (iii) any payment due under any Special Payment Plan. However, if during any four month period immediately following a billing period in which a Late Payment and/or Over Limit Fee is assessed, you pay at least the Minimum Payment each month but the total of your payments does not at least equal the sum of the Finance Charges billed on your Statement each month, plus 1% of your New Balance each month, plus the particular Late Payment and/or Over Limit Fee that was assessed in the billing period before the four month period, your Minimum Payment will be changed for future months to the greater of the Minimum Payment calculation stated above, or the sum of 1% of your New Balance plus Finance Charges, Late Payment Fees and Over Limit Fees billed on your Statement. In each case, your Minimum Payment also will include any past due amounts and any payment due under any Special Payment Plan. The Minimum Payment will be the New Balance if the New Balance is less than $15.

B. All written communications concerning disputed amounts, including any check or other payment instrument that (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount, or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at the address for billing inquiries shown on the Statement, not the Payment Address.

C. All payments, except Disputed Payments, must be mailed or delivered to us at the address shown on your Statement (the "Payment Address"). Any payments received after 5:00 p.m. on any business day, or on any day other than a business day, will be credited on the next business day. Credit to your Account may be delayed up to five days if payment (a) is not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your Statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check, or correspondence of any type. If this Credit Card program allows in-store payments, you agree that any payments on your Account delivered to a Retailer/Merchant/Dealer store are handled by the Retailer/Merchant/Dealer as a convenience for you and are not received or accepted by us until physically delivered to us. Although we post your payments in the manner described above, we may delay restoring your available Credit Limit in the amount of your payment. All credits for payments to your Account are subject to final payment by the institution on which the item of payment was drawn.

D. We reserve the right to select the method by which payments and credits are allocated to your Account in our sole discretion. The payment allocation method that we use may result in higher Finance Charges on your Account, depending on the types of transactions you make (such as promotional or non-promotional Purchases), and the timing and amount of your payments. For example, on promotions requiring a Minimum Payment, payments over the minimum will usually be applied to those promotional balances before non-promotional and other balances. If you have a non-promotional balance, this may reduce the benefit from the promotion. If you want to change this allocation, please call customer service.

E. We reserve the right to obtain payment electronically for any check or other instrument that you send to us by initiating an ACH (electronic) debit in the amount of your check or instrument to your account. Your check or item will not be returned to you by us or your bank.

9. FEES. You agree to pay the following fees.

A. A Late Payment Fee, if we have not received your Minimum Payment by the Payment Due Date shown on your Statement. The amount of the Late Payment Fee will be based on your Account balance on the date theLate Payment Fee is applied to your Account. The Late Payment Fee will be $29.99 for a balance of $249.99 or less; and $39.99 for a balance of $250.00 or more.

B. A Returned Check Fee of $39.99 if any check or other instrument sent to us, or any electronic payment authorization you provide us in payment on your Account, is not honored upon first presentment, even if the check, instrument or electronic authorization is later honored.

C. An Over Limit Fee of $39.99 for each billing period in which your New Balance as shown on your Statement exceeds your Credit Limit. We may assess an Over Limit Fee even if we authorize the transactions on your Account that caused you to exceed your Credit Limit or if you exceed your Credit Limit as a result of unpaid Finance Charges,the billing of deferred accrued Finance Charges or other fees.

D. A Transaction Fee for each Cash Advance that posts to your Account, including any Balance Transfer treated as a Cash Advance. This fee will be a FINANCE CHARGE equal to 4% of the amount of the Cash Advance, with a minimum of $5.

E. A Returned Loan Check Fee of $39.99 in the event any Convenience Check on your Account is not honored by us because (i) the portion of your Credit Limit available for Convenience Checks is insufficient to cover the amount of the Convenience Check, (ii) you have filed a petition in bankruptcy, (iii) the Convenience Check has expired, or (iv) your Account has been closed.

F. A Stop Payment Fee of $39.99 if we stop payment on any Convenience Check at your request. You may request that we stop payment on a Convenience Check (only before it is negotiated) by notifying us in writing at P.O. Box 981439, El Paso, TX 79998-1439, Attn: Payment Processing or by calling us at the telephone number on your billing statement. If you call and order a stop payment, we must receive written confirmation of the stop payment order from you within fourteen (14) days of the call or the stop payment order will expire. The written stop payment order must include the Convenience Check number, payee, amount and date of the Convenience Check on which payment is to be stopped. A written stop payment order will expire six (6) months after we receive it unless the stop payment order is renewed in writing.

G. A Transaction Fee for each Balance Transfer treated as a Purchase that posts to your Account. This fee will be a FINANCE CHARGE equal to 4% of the amount of the Balance Transfer, with a minimum of $5.

10. SECURITY INTEREST. You grant us a purchase money security interest in each item of merchandise purchased on your Account to secure its unpaid purchase price until such merchandise is paid in full. Solely for the purpose of determining the extent of our purchase money security interest in each such item of merchandise, your payments will be allocated first to Finance Charges on the Account, and then to pay off each Purchase on the Account in the order in which the Purchase was made (if more than one item was purchased on the same day, your payments will be allocated to pay off the lowest priced item first). If you made a Purchase pursuant to a credit promotion, the balance with respect to the promotional Purchase may be shown on Statements during the promotional period and may reflect a different payment allocation method. In no event will we assert a security interest in the promotional Purchase for an amount greater than the lowest balance shown on a Statement for that promotional Purchase. We agree that no security interest is or will be retained or acquired under this Agreement in any real property which is used or is expected to be used as your dwelling. Should we feel it necessary, you authorize us to sign and file financing statements regarding any Vehicle purchased.

If the item of merchandise purchased is a Vehicle (including the vehicle, parts and accessories) and if you default under this Agreement we may, as permitted by applicable law, repossess the Vehicle and any personal property of yours in or attached to the Vehicle that is not subject to our security interest may be held by us without liability. Unless you make written demand on us for the return of such personal property within 10 days (or any

longer period required by applicable law) of repossession, you will lose any right to reclaim it from us, except as applicable law otherwise provides. After we repossess the Vehicle, it may be sold at public or private sale, as provided for by applicable law, and the proceeds received from the sale will be applied to your balance after deducting expenses allowed by law. We will pay you any surplus resulting from a resale of the repossessed Vehicle, and you will pay us any deficiency when due as permitted by applicable law.

For some individual Purchases under your Account, we may require you to maintain property/casualty insurance on the Purchase as a condition of granting you credit. You will be informed of any property/casualty insurance requirement at the time you make the Purchase.

**11. SPECIAL PAYMENT PLANS.** From time to time, you may be offered special promotional terms which modify the terms of this Agreement with respect to certain Purchases or Cash Advances on your Account ("Special Payment Plans"). A promotional fee may be charged as part of a Special Payment Plan; this promotional fee will be a Finance Charge. Any other fees, credit insurance premiums, debt cancellation fees and the portion of any minimum periodic Finance Charge that exceeds the calculated periodic Finance Charge will be included in the non-Special Payment Plan balance, not any Special Payment Plan balance, of your Account, or as otherwise described in your Special Payment Plan. Also, credit insurance premiums and debt cancellation fees will be deferred during the promotional period for any Special Payment Plans involving delayed payments. The provisions of this Agreement apply to any Special Payment Plan, unless otherwise provided in this Agreement or under the Special Payment Plan offering. We may, without prior notice, terminate your participation in any Special Payment Plan if you are in default under this Agreement. Default includes, but is not limited to, any payment delinquency whether or not such delinquency relates to a Special Payment Plan. In the event of termination of your participation in any Special Payment Plan: (i) each remaining balance will not be treated as a Special Payment Plan transaction and will be subject to the standard provisions applicable to such transaction: and (ii) Finance Charges accrued on the Special Payment Plan balance from the date of purchase, if any, may be added to your balance.

**12. TERMINATION/CHANGE IN TERMS.** You may terminate your Account at any time by providing us written notice. We may, at any time and subject to applicable law, change, add or delete provisions of this Agreement ("Terms Change") or terminate your Account. Unless prohibited by applicable law, we may apply any Terms Change to any outstanding or future balances of your Account. We will send to you notice of any Terms Change as required by applicable law. Upon any termination of your Account, you remain obligated to repay the balance of your Account and this Agreement will continue to apply until you do so.

**13. DEFAULT.** Subject to the limitations of applicable law, we may declare you in default if you: (i) fail to make at least the Minimum Payment when due: (ii) violate any other term of this Agreement: or (iii) become the subject of a bankruptcy or insolvency proceeding: or (iv) supply us with misleading, false, incomplete or incorrect information. After your default or your death, and subject to the limitations of applicable law, we may: (i) reduce your Cash Limit and/or your Credit Limit: (ii) terminate your Account: (iii) require immediate payment of your entire Account balance: (iv) terminate any Special Payment Plan and convert any balance on such Plan to the standard terms and conditions of the Account: (v) bring an action to collect all amounts owed: and/or (vi) take any action allowed by law. If, after your default, we refer your Account for collection to an attorney who is not our salaried employee, you will pay, to the extent permitted by applicable law, our collection costs, including court costs and reasonable attorneys' fees.

**14. LIABILITY FOR UNAUTHORIZED USE.** The Card is issued to you by us at your request and you agree to destroy it, and any Convenience Checks issued upon your Account, upon demand. You may be liable for the unauthorized use of the Card or Convenience Checks. You agree to safeguard your Card and Convenience Checks, and to promptly notify us if your Card or Convenience Checks are lost or stolen or of possible unauthorized use of your Card or Convenience Checks by writing to P.O. Box 981439, El Paso, TX 79998-1439 or by calling us at 1-866-396-8254. You will not be liable for unauthorized use of your Card or Convenience

(5)

Checks that occurs after you notify us of the loss, theft, or possible unauthorized use and, in any case, your liability for unauthorized use of your Card will not exceed $50. If you orally give us notice concerning loss or theft, you agree to confirm it in writing. You agree that unauthorized use does not include use by a person to whom you have given authority to use the Card, or Convenience Checks, and that you will be liable for all use by such a person. To terminate that authority, you must notify us at 1-866-396-8254.

**15. CREDIT REPORTS AND ACCOUNT INFORMATION.** You give us permission to request information and to make whatever inquiries we consider necessary and appropriate (including obtaining information from third parties and requesting consumer reports from consumer reporting agencies) for the purpose of considering your application for this Account and subsequently, in connection with any updates, renewals or extensions of credit or reviewing or collecting your Account. You also authorize us to report information concerning you or your Account, including information about your performance under this Agreement, to consumer reporting agencies and others who may properly receive such information. **If you believe that we have reported inaccurate information about you to a consumer reporting agency, please contact us at P.O. Box 981439, El Paso, TX 79998-1439. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a consumer reporting agency if you fail to fulfill the terms of this Agreement.**

**16. USE OF INFORMATION ABOUT YOU AND YOUR ACCOUNT/CONSENT TO COMMUNICATIONS.** You authorize and direct us to furnish information about you and your Account to Retailers/Merchants/Dealers that accept this Credit Card (and their affiliates and program sponsors) for use in connection with this Credit Card program, including to create and update their customer records, to assist them in better serving you, and to provide you with special promotions. In addition, you agree to the use of information about you and your Account described in the Privacy Policy. The Privacy Policy is a part of this Agreement and is enclosed or attached hereto. You agree that we and any other owner or servicer of your account may contact you using any information or cell phone numbers you provide (whether previously or in the future). In addition, you expressly agree that we may contact you about your account using any automated telephone dialing system and/or artificial or prerecorded voice message even if you are charged for the call under your phone plan. You may limit this consent based on the options we may provide to you by calling customer service. Any charges for contacting you which may be billed to you by your communications carrier are your responsibility.

**17. TELEPHONE MONITORING.** To ensure that you receive accurate and courteous customer service, on occasion, your call may be monitored by our employees or agents and you agree to any such monitoring.

**18. JOINT ACCOUNTS.** If this is a joint account, each of you will be jointly and individually responsible for your obligations under this Agreement: notice to one of you will be considered to be notice to both of you: and we can rely on instructions from one of you, even if we receive inconsistent instructions from the other person.

**19. WAIVER.** We may, in our sole discretion, choose to not exercise any right under this Agreement, including the right to impose the full amount of any charge, without waiving that right. Any waiver of a right by us must be in writing and signed by us. Except as we may agree in a signed writing, we will not waive any rights if we (a) accept a late or partial payment, (b) accept a check or other payment marked "payment in full" or tendered with other conditions or limitations, (c) extend the due date of any payment due under this Agreement, and/or (d) release any collateral or person responsible for your obligations under this Agreement.

**20. CHANGE OF ADDRESS.** You will notify us promptly if you change your address. We may send Statements and other notices to your address in our records until we have a reasonable opportunity to update our records with any new address for you.

(6)

**21. ARBITRATION PROVISION.** Please read this arbitration provision carefully. IT PROVIDES THAT ANY PAST, PRESENT OR FUTURE LEGAL DISPUTE OR CLAIM OF ANY KIND, INCLUDING STATUTORY AND COMMON LAW CLAIMS AND CLAIMS FOR EQUITABLE RELIEF, THAT RELATES IN ANY WAY TO YOUR ACCOUNT, CARD OR YOUR RELATIONSHIP WITH US ("CLAIM") WILL BE RESOLVED BY BINDING ARBITRATION IF EITHER YOU OR WE ELECT TO ARBITRATE.

**Right to Reject Arbitration:** You may reject this arbitration provision, in which event neither you nor We will have the right to require **arbitration.** Rejection will not affect any other aspect of these terms. To reject the arbitration provision, you must send us a notice within 60 days after you open your account. The notice must include your name, address, and account number and be mailed to P.O. Box 981439, El Paso, TX 79998-1439. This is the only method you can use to reject the arbitration provision.

As used in this provision: "We," "Us," and "Our" mean (1) GE Money Bank and all of its respective parents, subsidiaries, affiliates, predecessors, successors, assigns, employees, officers and directors (collectively, the "Bank"), and (2) Retailer/Merchant/Dealer and all of its respective parents, subsidiaries, affiliates, predecessors, successors, assigns, employees, officers and directors.

This arbitration provision covers all Claims, except that We will not elect to arbitrate an individual Claim brought by you in small claims court or its equivalent, unless that Claim is transferred, removed, or appealed to a different court. This provision replaces any existing arbitration provision between you and Us.

With respect to any arbitration:

- Notice: If you or We elect to arbitrate, the other party must be notified. Your notice must be sent to GE Money, Legal Operation, 950 Forrer Blvd., Kettering, OH 45420. Notice can be given after a lawsuit has been filed, in which case it can be made in papers in the lawsuit.

- Administrator: The person who starts the arbitration proceeding must choose an administrator, which can be either the National Arbitration Forum, P.O. Box 50191, Minneapolis, MN 55405, www.arb-forum.com, (800) 474-2371: or the American Arbitration Association, 335 Madison Avenue, New York, NY 10017, www.adr.org, (800) 778-7879. The actual arbitrator will be selected under the administrator's rules, and must be a lawyer with at least ten years of experience.

- Applicable Law: These terms involve interstate commerce and this arbitration provision is governed by the Federal Arbitration Act, 9 U.S.C. §§1 et seq. (the "FAA"). Utah law shall apply to the extent state law is relevant under Section 2 of the FAA in determining the validity of this provision. The arbitrator has to follow: (1) the substantive law, consistent with the FAA, that would apply if the matter had been brought in court, (2) this arbitration provision, and (3) the administrator's rules. The arbitrator is authorized to award remedies that would apply if the individual action were in a court (including, without limitation, punitive damages, which shall be governed by the constitutional standards employed by the U.S. Supreme Court). The arbitrator has no authority to conduct an arbitration on a class action basis or to make an award to, on behalf of, or against, any person who is not a named party to the arbitration.

- Location/Fees: The arbitration will take place in a location reasonably convenient to you. If you ask Us, We will pay all filing, administrative, hearing and/or other fees the administrator or arbitrator charges up to $2,500. If the cost is higher, you can ask Us to pay more and We will consider your request in good faith. Under all circumstances We will pay all amounts We are required to pay under applicable law.

- Judgment/Appeals: Any court having jurisdiction may enter judgment upon the arbitrator's award. The arbitrator's decision will be final and binding except for: (1) any appeal right under the FAA: and (2) any party may appeal decisions relating to Claims of more than $100,000 to a three-arbitrator panel appointed by the administrator, which will reconsider all over again any aspect of the appealed award. If you appeal, We will consider in good faith a request that We pay any additional fees of the administrator or arbitrator.

(7)

# Exhibit L

HOME DESIGN/GECRB

**GE Capital Retail Bank**

Cardholder Name: THOMAS M TRAVAGLIO JR
Account Number: ████████ 5069
Statement Closing Date: 06/22/2012

| | |
|---|---|
| Previous Balance | $930.59 |
| + New Purchases | $0.00 |
| − Payments | $35.00 |
| +/− Credits, Fees & Adjustments (net) | $0.00 |
| +/− Interest Charge (net) | $19.11 |
| New Balance | $914.70 |

| | |
|---|---|
| Credit Limit | $6,000.00 |
| Available Credit | $5,085.00 |
| Days in Billing Period | 30 |

Pay online for free at: gogecapital.com
For GE Capital Retail Bank customer service or to report your card lost or stolen, call 1-877-317-5544.

Best times to call are Wednesday - Friday.

**Payment Information**

| | |
|---|---|
| New Balance | $914.70 |
| Total Minimum Payment Due | $33.00 |
| Payment Due Date | 07/15/2012 |

PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE. We may convert your payment into an electronic debit. See reverse side.

Late Payment Warning: If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $35.00.

Minimum Payment Warning: Making only the Total Minimum Payment Due will increase the amount of interest you pay and the time it takes to repay your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 years | $1,578.00 |
| $36.00 | 3 years | $1,209.00 (Savings = $269.00) |

If you would like information about credit counseling services, call 1-877-302-8797.

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 06/15/2012 | 06/15/2012 | F912200HH00CHGDDA | AUTOMATIC PAYMENT - THANK YOU | $35.00 CR |
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | INTEREST CHARGED | |
| 06/22/2012 | 06/22/2012 | | INTEREST CHARGE ON PURCHASES | $19.11 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $19.11 |

**2012 Totals Year-to-Date**

| | |
|---|---|
| Total Fees Charged in 2012 | $0.00 |
| Total Interest Charged in 2012 | $137.76 |
| Total Interest Paid in 2012 | $150.55 |

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | N.A. | 24.99% | $930.52 | $19.11 |

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

5362      004      1    5 28  120430          PAGE 1 of 1          9130  0002  X064  018B5302

Pay online at gogecapital.com or enclose this coupon with your check.  Please use blue or black ink.

**GE Capital**

**Home Design**

| Total Minimum Payment Due | Payment Due Date | New Balance | Account Number |
|---|---|---|---|
| $33.00 | 07/15/2012 | $914.70 | 5069 |

Payment Enclosed: $ ☐☐☐☐☐ . ☐☐

☐ New address or e-mail?
Check the box at left and print changes on back

THOMAS M TRAVAGLIO JR
LEMONT IL 60439-8168

ADTFAFADAADDAFTDDFAFDAFTFATDADFTFDDDAFFTDTDTFAAAAFTFDDTTFDTADDTTT

Make Payment to:  GE CAPITAL RETAIL BANK
PO BOX 960061
ORLANDO, FL 32896-0061

FFAAFTDDADFATFFFAATTFAADDAAAAFFTDDFADDTAFFFTATAFTTTFDFAFFAATTADTF

00033000003500 000330000091470  000603461  0053145 06962

**Customer Service/Questions**: For account information, please call the toll free number on the front of this statement. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: P.O. Box 965033, Orlando, FL 32896-5033. Please include your account number on any correspondence you send to us.

**Payments**: Send payments to the address listed on the remittance coupon portion of this statement or pay online at www.gogecapital.com

**Overnight Payments**: Payments cannot be made in person, mail payments to GE Capital Retail Bank, 140 Wekiva Springs Road, Longwood, FL 32779.

**Notice**: See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 965035, Orlando, FL 32896-5035.

**Purchases, returns and payments made just prior to billing date may not appear until next month's statement**. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. You may choose not to have your payment collected electronically by sending your payment (with the remittance coupon), in your own envelope - not the enclosed remittance envelope, addressed to: PO Box 530960, Atlanta, GA 30353-0960 and not the payment address

**What To Do If You Think You Find A Mistake On Your Statement**:
If you think there is an error on your statement, write to us at:
GE Capital Retail Bank, P.O. Box 965035, Orlando, FL 32896-5035.
In your letter give us the following information:
• Account information: Your name and account number
• Dollar amount: The dollar amount of the suspected error
• Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question or report you as delinquent on that amount.
• The charge in question may remain on your statement and we may continue to charge you interest on that amount.
But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Information About Payments**: You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment. Payments received after 5:00 PM (ET) on any day will be credited as of the next day. Credit to your account may be delayed up to five days if payment (a) is not received at the payment address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check or correspondence of any type. **Conditional Payments**: All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount, or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 965035, Orlando, FL 32896-5035.

**Credits to Your Account**: An amount shown in parenthesis is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.

**Credit Reports and Account Information**: If you believe that we may have reported inaccurate information about you to a consumer-reporting agency, please contact us at P.O. Box 965036, Orlando, FL 32896-5036. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**How We Calculate Interest**: We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the "daily balance" we take the beginning balance of your account each day (which includes unpaid interest), add any new charges and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle.

**Bankruptcy Notice**: If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address: GE Capital Retail Bank, Attn: Bankruptcy Dept., P.O. Box 103106, Roswell, GA 30076

**Your account is owned and serviced by GE Capital Retail Bank.**

Hearing Impaired: TDD users call 1-877-448-8512

**Use of Information About You and Your Account**: Our Privacy Policy describes our collection and disclosure of information about you and your Account. If you would like another copy of the Privacy Policy, please call us at the customer service telephone number indicated on the front of this statement

This is an attempt to collect a debt and any information obtained will be used for that purpose.

01EJ5302  12  03/05/12

By providing a telephone number on your account, you consent to GE Capital Retail Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address or phone number, please check the box and print the changes below.    Retail EN - 01EJ5302

☐ Name _____

Street Address _____

City _____ State _____ Zip Code _____

Home Phone #    Business Phone #    Cell # or other phone # we can use to contact you    Email Address

Remember, you can update the above information as well as your e-mail address online at www.gogecapital.com

Cardholder Name:     THOMAS M TRAVAGLIO JR          Account Number: ▮▮▮▮▮▮ 6069
                                                    Statement Closing Date: 06/22/2012

**New Promotional Financing Plan**

This notice is to let you know about some promotional financing plans that may be available for you when you use your card for future purchases. This is only a summary of key terms. Additional details of promotional financing plans will be provided to you at the time of your transaction. Not all plans or all plan periods will be available at every retailer. For purposes of this notification, your Purchase Annual Percentage Rate ("APR") is 24.99%. See the Interest Charge Calculation section of this billing statement to determine if this APR is variable. If a (v) is shown next to your APR, this APR will vary with the market based on the prime rate. Subject to credit approval. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.

No Interest if Paid Within Promotional Period
(These can be advertised as Deferred Interest promotions.)
Under this promotion, no Interest Charges will be assessed if the promotional purchase balance is paid in full within the promotional period. If the promotional purchase balance is not paid in full by the end of the promotional period, interest will be imposed from the date of purchase at the     Purchase APR   stated above. Minimum monthly payments are required. This promotion may be offered for periods of   6, 9, 12, 15, 18 or 24 months.

Billed Interest Promotions
Under this promotion, interest will be assessed on your promotional purchase balance from the purchase date at a reduced Annual Percentage Rate of   9.99%   during the promotional period. After the promotional period, the   Purchase APR   stated above will apply. Monthly payments will be required during the promotional period. Some of these promotions may require a minimum monthly payment that is higher than the minimum payment that would be required if the purchase was non-promotional. This promotion may be offered for periods of    12, 24, 36, 48, 60 or 72 months.

No Interest Promotions
Under this promotion, no interest will be assessed on your promotional purchase balance until the end of the promotional period. After the promotional period, the   Purchase APR   stated above will apply. Monthly payments will be required during the promotional period. Some of these promotions may require a minimum monthly payment that is higher than the minimum payment that would be required if the purchase was non-promotional. This promotion may be offered for periods of      12, 18, 24, 36, 48 or 60 months.

Please keep this for your records.        If you have any questions, please call us at the Customer Service number shown on your statement.

**Change in Bank Account Information**

$33.00          WILL BE DEDUCTED FROM YOUR BANK ACCOUNT
AND CREDITED AS YOUR AUTOMATIC PAYMENT ON 07/15/12. THE
AUTOMATIC PAYMENT AMOUNT MAY BE REDUCED BY PAYMENTS,
CREDITS AND/OR RETURNS POSTED ON OR BEFORE THIS DATE.

# Exhibit M

HOME DESIGN/GECRB

**GE Capital Retail Bank**

Cardholder Name:  THOMAS M TRAVAGLIO JR
Account Number:  ████████5069
Statement Closing Date:  07/23/2012

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $914.70 |
| + New Purchases | $0.00 |
| − Payments | $33.00 |
| +/− Credits, Fees & Adjustments (net) | $0.00 |
| + Interest Charge (net) | $19.41 |
| New Balance | $901.11 |
| | |
| Credit Limit | $6,000.00 |
| Available Credit | $5,098.00 |
| Days in Billing Period | 31 |

Pay online for free at: gogecapital.com
For GE Capital Retail Bank customer service or to report
your card lost or stolen, call 1-877-317-5544

Best times to call are Wednesday - Friday.

### Payment Information

| | |
|---|---|
| New Balance | $901.11 |
| Total Minimum Payment Due | $32.00 |
| Payment Due Date | 08/15/2012 |

PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.
We may convert your payment into an electronic debit. See
reverse side.

Late Payment Warning:    If we do not receive your Total
Minimum Payment Due by the Payment Due Date listed above,
you may have to pay a late fee up to $35.00.

Minimum Payment Warning:    Making only the Total Minimum
Payment Due will increase the amount of interest you pay and
the time it takes to repay your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 years | $1,346.00 |
| $36.00 | 3 years | $1,290.00 (Savings = $256.00) |

If you would like information about credit counseling services,
call 1-877-302-8797.

### Transactions

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 07/15/2012 | 07/15/2012 | 1912200JM00CHGDDA | AUTOMATIC PAYMENT - THANK YOU | $33.00 CR |
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | INTEREST CHARGED | |
| 07/23/2012 | 07/23/2012 | | INTEREST CHARGE ON PURCHASES | $19.41 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $19.41 |

### 2012 Totals Year-to-Date

| | |
|---|---|
| Total Fees Charged in 2012 | $0.00 |
| Total Interest Charged in 2012 | $157.17 |
| Total Interest Paid in 2012 | $169.66 |

### Interest Charge Calculation

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | NA | 24.99% | $914.54 | $19.41 |

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

Pay online at gogecapital.com or to service this coupon with your check. Please use blue or black ink.

**GE Capital**

Home Design

| Total Minimum Payment Due | Payment Due Date | New Balance | Account Number |
|---|---|---|---|
| $32.00 | 08/15/2012 | $901.11 | ████████5069 |

Payment Enclosed :  $ ☐☐☐☐☐ . ☐☐

☐ New address or e-mail?
Check the box at left and
print changes on back

THOMAS M TRAVAGLIO JR
████████
LADY LAKE FL 32158-2357

FFTFTFAADFFFDDTATAAAATFEADATFFTFFATFFDTTFFFDDDAFTTTD1TFDFTADADATFFT

FFFTFDFFDATFFTTDAFDFTAFDATTTTD1TTD1TTAFADDDFATFDDADAADFFDTAFFDFFA

Make Payment to:  GE CAPITAL RETAIL BANK
PO BOX 960061
ORLANDO, FL 32896-0061

00032000003300  000320000090111  000603461  0053145 06962

**Customer Service/Questions:** For account information, please call the toll free number on the front of this statement. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to P.O. Box 965033, Orlando, FL 32896-5033. Please include your account number on any correspondence you send to us.

**Payments:** Send payments to the address listed on the remittance coupon portion of this statement or pay online at www.gogecapital.com

**Overnight Payments:** Payments cannot be made in person, mail payments to GE Capital Retail Bank, 140 Wekiva Springs Road, Longwood, FL 32779.

**Notice:** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 965035, Orlando, FL 32896-5035.

**Purchases, returns and payments made just prior to billing date may not appear until next month's statement.** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. You may choose not to have your payment collected electronically by sending your payment (with the remittance coupon), in your own envelope - not the enclosed remittance envelope, addressed to PO Box 530960, Atlanta, GA 30353-0960 and not the payment address.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us at:
GE Capital Retail Bank, P.O. Box 965035, Orlando, FL 32896-5035.
In your letter give us the following information:
• Account information: Your name and account number
• Dollar amount: The dollar amount of the suspected error
• Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question or report you as delinquent on that amount.
• The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Information About Payments:** You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment. Payments received after 5:00 PM (ET) on any day will be credited as of the next day. Credit to your account may be delayed up to five days if payment (a) is not received at the payment address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check or correspondence of any type. **Conditional Payments:** All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount, or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 965035, Orlando, FL 32896-5035

**Credits to Your Account:** An amount shown in parentheses is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.

**Credit Reports and Account Information:** If you believe that we may have reported inaccurate information about you to a consumer-reporting agency, please contact us at P.O. Box 965036, Orlando, FL 32896-5036. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**How We Calculate Interest:** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the "daily balance" we take the beginning balance of your account each day (which includes unpaid interest), add any new charges, and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle.

**Bankruptcy Notice:** If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address: GE Capital Retail Bank, Attn: Bankruptcy Dept., P.O. Box 103106, Roswell, GA 30076.

Your account is owned and serviced by GE Capital Retail Bank.

Hearing Impaired: TDD users call 1-877-448-8512

**Use of Information About You and Your Account:** Our Privacy Policy describes our collection and disclosure of information about you and your Account. If you would like another copy of the Privacy Policy, please call us at the customer service telephone number indicated on the front of this statement.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

01EJ5302 - 12  03/05/12

By providing a telephone number on your account, you consent to GE Capital Retail Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or rerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address or phone number, please check the box and print the changes below:     Retail EN - 01EJ5302

| Name |
| --- |
| Street Address |

| City | State | Zip Code |
| --- | --- | --- |

| Home Phone # | Business Phone # | Cell # or other phone # we can use to contact you | Email Address |
| --- | --- | --- | --- |

Remember, you can update the above information as well as your e-mail address online at www.gogecapital.com.

Cardholder Name:    THOMAS M TRAVAGLIO JR          Account Number: ████ 5069
                                                   Statement Closing Date: 07/23/2012

## New Promotional Financing Plans

This notice is to let you know about some promotional financing plans that may be available for you when you use your card for future purchases. This is only a summary of key terms. Additional details of promotional financing plans will be provided to you at the time of your transaction. Not all plans or all plan periods will be available at every retailer. For purposes of this notification, your Purchase Annual Percentage Rate ("APR") is 24.99%. See the Interest Charge Calculation section of this billing statement to determine if this APR is variable. If a (v) is shown next to your APR, this APR will vary with the market based on the prime rate. Subject to credit approval. Regular account terms apply to non-promotional purchases and, after promotions ends, to promotional purchase.

No Interest if Paid Within Promotional Period
(These can be advertised as Deferred Interest promotions)
Under this promotion, no Interest Charges will be assessed if the promotional purchase balance is paid in full within the promotional period. If the promotional purchase balance is not paid in full by the end of the promotional period, interest will be imposed from the date of purchase at the    Purchase APR  stated above. Minimum monthly payments are required. This promotion may be offered for periods of    6, 9, 12, 15, 18 or 24 months.

Billed Interest Promotions
Under this promotion, interest will be assessed on your promotional purchase balance from the purchase date at a reduced Annual Percentage Rate of    9.99%  during the promotional period. After the promotional period, the    Purchase APR  stated above will apply. Monthly payments will be required during the promotional period. Some of these promotions may require a minimum monthly payment that is higher than the minimum payment that would be required if the purchase was non-promotional. This promotion may be offered for periods of    12, 24, 36, 48, 60 or 72 months.

No Interest Promotions
Under this promotion, no interest will be assessed on your promotional purchase balance until the end of the promotional period. After the promotional period, the    Purchase APR  stated above will apply. Monthly payments will be required during the promotional period. Some of these promotions may require a minimum monthly payment that is higher than the minimum payment that would be required if the purchase was non-promotional. This promotion may be offered for periods of    12, 18, 24, 36, 48 or 60 months.

Please keep this for your records.    If you have any questions, please call us at the Customer Service number shown on your statement.

## Cardholder News & Information

$32.00    WILL BE DEDUCTED FROM YOUR BANK ACCOUNT
AND CREDITED AS YOUR AUTOMATIC PAYMENT ON 08/15/12. THE
AUTOMATIC PAYMENT AMOUNT MAY BE REDUCED BY PAYMENTS,
CREDITS AND/OR RETURNS POSTED ON OR BEFORE THIS DATE.

# Exhibit N

May 2, 2013

GE Capital Retail Bank

PO Box 965033

Orlando, FL 32896-5033


Home Design/GECRB

Account ending in 5069

*5069*

I appreciate your offer for the $369.55 as full settlement, but I don't have the funds. We are living on disability and have applied for food stamps and medical help. We don't qualify for cash help as we don't have any children living with us.

We want to get this past us all, but can't afford a payment that large. A few people are liquefying our debt as they know we are in terrible shape. We were proud of our credit in the past and this is killing us. Is there something we can do that helps each of us? Can we communicate by e-mail as the phone is ringing all day long. Thomas.travaglio@comcast.net

Thomas Travaglio

Lady Lake, FL 32158-2357

# Exhibit O

GE CAPITAL RETAIL BANK
PO BOX 965033
ORLANDO, FL 32896-5033

January 3, 2013

THOMAS M TRAVAGLIO JR

LADY LAKE FL 32158-2357

TAAFDAAFADFAFDADDATFFTAFADFDADFFDFFAFATADFDFFFAFDTDTDDDDATTDFDATT

RE: HOME DESIGN/GECRB
Account Number Ending In: 5069

Dear Thomas M Travaglio Jr,

Our records indicate that we have not received the current payment due on the above account. Please disregard this notice if your payment has been remitted.

If this is an oversight, your quick response would be appreciated.  If other payment arrangements are necessary, please call us immediately at our toll free number:  **1-877-471-5656**. You have the option to pay your bill online. It is private and secure.

Log-on to:  **www.gogecapital.com**

Thank you for your cooperation in this matter.

      Mail payments to:

      GE Capital Retail Bank
      P.O. Box 960061
      Orlando, FL 32896-0061

Sincerely,

Collections Department

This is an attempt to collect a debt and any information obtained will be used for that purpose.
Account is owned by GE Capital Retail Bank - Member FDIC

5302 9122 0000 5300 CB019 3003 FN0045446   R

# Exhibit P

GE CAPITAL RETAIL BANK

ORLANDO, FL 32896-5033

February 4, 2013

THOMAS M TRAVAGLIO JR
PO BOX 2357
LADY LAKE FL 32158-2357

FDFDDFTAFDDATATTTFTAAAFFTAFFFFADTTFTTFAFAADFFAADTFFTAFADFAATTATDT

RE: HOME DESIGN/GECRB
Account Number Ending In: 5069

Dear Thomas M Travaglio Jr,

This is a notice regarding your delinquent account.

You have been sent several notices that your account is past due. You have failed to contact this office to discuss payment arrangements and efforts to reach you by telephone have been unsuccessful.

Failure to remit the amount past due immediately will force GE Capital Retail Bank to proceed with the appropriate action necessary to collect this debt.

You may call us toll free at: 1-877-471-5656. You have the option to pay your bill online. It is private and secure.

Log-on to: www.gogecapital.com

    Mail payments to:

    GE Capital Retail Bank
    P.O. Box 960061
    Orlando, FL 32896-0061

Sincerely,

Collections Department

This is an attempt to collect a debt and any information obtained will be used for that purpose.
Account is owned by GE Capital Retail Bank - Member FDIC

5302 9122 0000 5300 CB040 3035 FN0122924   R

# Exhibit Q

Edit View Navigate Run Versioning Tools Help

Release 3.0.sql × | Multiprofile_Personel InfoUpdate.sql ×

QL Worksheet History

PROD MRKT - 501977535

Vorksheet Query Builder

```
select * from (
SELECT WM.RPT_DESC, WA.* FROM CCTR_WEBSITE_ACTY WA , CCTR_WEBSITE_ACTY_MAP WM where user_id in (13147706) and WA.RPT_ID=WM.RPT_ID UNION
SELECT WM.RPT_DESC, WAH.* FROM CCTR_WEBSITE_ACTY_HISTORY WAH, CCTR_WEBSITE_ACTY_MAP WM where user_id in (13147706) and WAH.RPT_ID=WM.RPT_ID
) order by rpt_dt asc;
```

Script Output × | Query Result ×

SQL | All Rows Fetched: 33 in 0.918 seconds

| | RPT_DESC | RPT_ID | USER_ID | SESSION_ID | RPT_DT | | RPT_COL_VALUE_B | RPT_COL_VALUE_C | RPT_COL_VALUE_D | RPT_COL_VALUE_E | RPT_COL_VALUE_F | RPT_COL_VALUE_G | RPT_COL_VALUE_H | RPT_COL_VALUE_I | RPT_COL_VA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ACCOUNT_MOVED_ACTY | 5 | 13147706 | ZwS4PLvVB... | 15-APR-12 03:34:17 | .. | [redacted]5069 | [redacted] | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 2 | REGISTRATION_COMPLETE_ACTY | 1 | 13147706 | ZwS4PLvVB... | 15-APR-12 03:34:17 | .. | Y | (null) | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 3 | EBILL_ENROLL_ACTY | 17 | 13147706 | ZwS4PLvVB... | 15-APR-12 03:34:17 | .. | [redacted]5069 | 2012-04-15T15:34:17 | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 4 | SINGLE_PAYMENT_SCHED_ACTY | 18 | 13147706 | ZwS4PLvVB... | 15-APR-12 03:35:02 | .. | CC04151203350211361397 | 04/15/2012 | [redacted]5069 | 04/15/2012 | OTH | 38.00 | 0 | (null) | (null) |
| 5 | LOGIN_SUCCESS_ACTY | 15 | 13147706 | vRT1P5vDg... | 20-MAY-12 06:24:55 | .. | Y | (null) | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 6 | LOGIN_SUCCESS_ACTY | 15 | 13147706 | vRT1P5vDg... | 20-MAY-12 06:25:24 | .. | Y | N | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 7 | LOGIN_SUCCESS_ACTY | 15 | 13147706 | vRT1P5vDg... | 20-MAY-12 06:25:34 | .. | Y | Y | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 8 | ACCOUNT_ADDED_ACTY | 4 | 13147706 | vRT1P5vDg... | 20-MAY-12 06:26:08 | .. | [redacted]7023 | (null) | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 9 | BANK_ACCOUNT_ADDED_ACTY | 11 | 13147706 | vRT1P5vDg... | 20-MAY-12 06:29:19 | .. | [redacted] | [redacted] | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 10 | AUTOPAY_CANCEL_ACTY | 21 | 13147706 | vRT1P5vDg... | 20-MAY-12 06:30:37 | .. | [redacted]5069 | 2012-05-20T18:30:37 | CC05201206303614... | (null) | (null) | (null) | (null) | (null) | (null) |
| 11 | LOGIN_SUCCESS_ACTY | 15 | 13147706 | ps5WP5wB1... | 20-MAY-12 06:31:12 | .. | N | (null) | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 12 | PERSONAL_INFORMATION_UPDATE_ACTY | 2 | 13147706 | ps5WP5wB1... | 20-MAY-12 06:31:55 | .. | (null) | (null) | (null) | (null) | (null) | [redacted]5069 | (null) | (null) | (null) |
| 13 | PERSONAL_INFORMATION_UPDATE_ACTY | 2 | 13147706 | ps5WP5wB1... | 20-MAY-12 06:32:38 | .. | (null) | [redacted] | (null) | (null) | (null) | [redacted]7023 | (null) | (null) | (null) |
| 14 | AUTOPAY_ENROLL_ACTY | 20 | 13147706 | ps5WP5wB1... | 20-MAY-12 06:33:47 | .. | [redacted]5069 | 2012-05-20T18:33:47 | CC05201206334614... | MIN | (null) | (null) | (null) | (null) | (null) |
| 15 | LOGIN_SUCCESS_ACTY | 15 | 13147706 | Rz2rP49GK... | 07-JUL-12 02:19:01 | .. | N | (null) | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 16 | EBILL_ENROLL_ACTY | 17 | 13147706 | Rz2rP49GK... | 07-JUL-12 02:19:27 | .. | [redacted]7023 | Sat Jul 07 14:19:27 EDT 2012 | 0 | (null) | (null) | (null) | (null) | (null) | (null) |
| 17 | PERSONAL_INFORMATION_UPDATE_ACTY | 2 | 13147706 | Rz2rP49GK... | 07-JUL-12 02:21:34 | .. | [redacted]Lady LakeFL32158 | (null) | 3523914483 | (null) | (null) | [redacted]7023 | (null) | (null) | (null) |
| 18 | PERSONAL_INFORMATION_UPDATE_ACTY | 2 | 13147706 | Rz2rP49GK... | 07-JUL-12 02:23:03 | .. | [redacted]Lady LakeFL32158 | (null) | 3523914483 | (null) | (null) | [redacted]5069 | (null) | (null) | (null) |
| 19 | LOGIN_SUCCESS_ACTY | 15 | 13147706 | ZN1yQ3wcy... | 29-NOV-12 09:26:20 | .. | Y | (null) | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 20 | PERSONAL_INFORMATION_UPDATE_ACTY | 2 | 13147706 | ZN1yQ3wcy... | 29-NOV-12 09:27:18 | .. | (null) | (null) | (null) | (null) | (null) | [redacted]7023 | (null) | (null) | (null) |
| 21 | PERSONAL_INFORMATION_UPDATE_ACTY | 2 | 13147706 | ZN1yQ3wcy... | 29-NOV-12 09:27:35 | .. | (null) | (null) | (null) | (null) | (null) | [redacted]7023 | (null) | (null) | (null) |
| 22 | PERSONAL_INFORMATION_UPDATE_ACTY | 2 | 13147706 | ZN1yQ3wcy... | 29-NOV-12 09:27:57 | .. | (null) | (null) | (null) | (null) | (null) | [redacted]5069 | (null) | (null) | (null) |
| 23 | HOME_PAGE_ACTY | 26 | 13147706 | ZN1yQ3wcy... | 29-NOV-12 09:28:00 | .. | [redacted]7023 | 0 | [redacted]5069 | 0 | (null) | (null) | (null) | (null) | (null) |
| 24 | AUTOPAY_CANCEL_ACTY | 21 | 13147706 | ZN1yQ3wcy... | 29-NOV-12 09:28:26 | .. | [redacted]5069 | 2012-11-29T09:28:26 | CC11291209282632... | (null) | (null) | (null) | (null) | (null) | (null) |
| 25 | LOGIN_SUCCESS_ACTY | 15 | 13147706 | TBGQRI8J1... | 27-MAR-13 02:39:07 | .. | Y | (null) | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 26 | LOGIN_SUCCESS_ACTY | 15 | 13147706 | nnTSRI1pl... | 27-MAR-13 02:50:06 | .. | Y | (null) | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 27 | LOGIN_SUCCESS_ACTY | 15 | 13147706 | nnTSRI1pl... | 27-MAR-13 02:50:06 | .. | Y | (null) | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 28 | LOGIN_SUCCESS_ACTY | 15 | 13147706 | nnTSRI1pl... | 27-MAR-13 02:50:25 | .. | Y | N | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 29 | HOME_PAGE_ACTY | 26 | 13147706 | nnTSRI1pl... | 27-MAR-13 02:51:50 | .. | [redacted]5069 | 124 | [redacted]7023 | 0 | (null) | (null) | (null) | (null) | (null) |
| 30 | LOGIN_SUCCESS_ACTY | 15 | 13147706 | LW4hRT1GM... | 27-MAR-13 02:52:15 | .. | Y | (null) | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 31 | LOGIN_SUCCESS_ACTY | 15 | 13147706 | LW4hRT1GM... | 27-MAR-13 02:52:28 | .. | Y | N | (null) | (null) | (null) | (null) | (null) | (null) | (null) |
| 32 | HOME_PAGE_ACTY | 26 | 13147706 | LW4hRT1GM... | 27-MAR-13 02:52:41 | .. | [redacted]5069 | 124 | [redacted]7023 | 0 | (null) | (null) | (null) | (null) | (null) |
| 33 | LOGIN_SUCCESS_ACTY | 15 | 13147706 | GgWJRw9QT... | 06-JUN-13 08:15:30 | .. | N | (null) | (null) | (null) | (null) | (null) | (null) | (null) | (null) |

