## UNITED STATES DISTRICT COURT
## IN THE MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

### CASE NO.:5:14-cv-00047-WTH-PRL

PAMELA TRAVAGLIO, an individual,
on behalf of herself and all others similarly
situated,

    Plaintiff,

 -vs-

GE CAPITAL RETAIL BANK, a national
banking association, and ALLIED INTERSTATE,
LLC, a Minnesota limited liability company,

    Defendants.
_____/

**CLASS ACTION**

### STATUS REPORT CONCERNING MEDIATION

Plaintiff, Pamela Travaglio, an individual ("Ms. Travaglio"), on behalf of herself and all others similarly situated, by and through her undersigned attorneys, pursuant to the Order entered herein on July 14, 2014 [DE 45], files this her Status Report with respect to the mediation held in this action:

1.    The parties continue to be engaged in earnest settlement discussions. Ms. Travaglio optimistically believes that a resolution of the instant action will be obtained within the next fourteen (14) days.

2.    Ms. Travaglio respectfully requests that the Court continue the stay currently in place for an additional fourteen (14) days.

/ Robert W. Murphy
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telecopier
Email: rphyu@aol.com
and rwmurphy@lawfirmmurphy.com

JULIE A. PETRIK (P47131)
*Admitted pro hac vice*
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864 Telephone
Email: julie@michiganconsumerlaw.com

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY on August 28, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on James F. Moseley, Esquire and Stanley M. Weston, Esquire, Moseley, Prichard, Parrish, Knight & Jones, 501 West Bay Street, Jacksonville, Florida 32202; Joseph L. Noga, Jenner & Block, LLP, 919 Third Avenue, New York, New York 10022-3908; J. Randolph Liebler, Esquire and Dora F. Kaufman, Esquire, Liebler, Gonzalez & Portuondo, Courthouse Tower, 25th Floor, 44 W. Flagler Street, Miami, FL 33130; Felicia Yu, Esquire and Lisa B. Kim, Esquire, Reed Smith, LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.


/s/  Robert W. Murphy
Attorney