**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

PAMELA TRAVAGLIO, an individual,
on behalf of herself and all others similarly
situated,

                      **CASE NO.: 5:14-cv-00047-WTH-PRL**

      Plaintiff,

v.

GE CAPITAL RETAIL BANK, a national
Banking association, and ALLIED
INTERSTATE, LLC, A Minnesota limited
Liability Company,

      Defendants.                    /
_____

**DEFENDANTS' JOINDER IN**
**PLAINTIFF STATUS REPORT**

      COME NOW, the Defendants herein and hereby agree and join in the Status Report Concerning Mediation filed by Plaintiff on August 28, 2014 (Dkt#47) and the requested relief therein.

      Dated this 29th day of August 2014.

| | |
|---|---|
| /s/   Lisa B. Kim | /s/    Stanley M. Weston |
| Lisa B. Kim, Esq. | James F. Moseley, Esq. |
| lkim@reedsmith.com | Fla. Bar No.:  056942 |
| Felicia Yu, Esq. | Email: jfmoseley@mppkj.com |
| fyu@reedsmith.com | Stanley M. Weston, Esq. |
| Reed Smith, LLP | Fla. Bar No.:  0559814 |
| 355 South Grand Avenue, Suite 2900 | Email: smweston@mppkj.com |
| Los Angeles, CA  90071 | MOSELEY, PRICHARD, PARRISH, |
| Telephone:  (213) 457-8000 | KNIGHT & JONES |
| Facsimile:  (213) 457-8080 | 501 West Bay Street |
| | Jacksonville, FL 32202 |

| | |
|---|---|
| And | Telephone: (904) 356-1306 |
| | Facsimile: (904) 354-0194 |
| J. Randolph Liebler, Esq. | |
| jrl@lgplaw.com | And |
| Dora F. Kaufman, Esq. | |
| dfk@lgplaw.com | Joseph (Joe) L. Noga, Esq. |
| Liebler, Gonzalez & Portuondo | Jenner & Block, LLP |
| Courthouse Tower – 25th Floor | 919 Third Avenue |
| 44 West Flagler Street | New York, NY 10022-3908 |
| Miami, FL 33130 | Telephone: (212)891-1676 |
| Telephone: (305) 379-0400 | Facsimile: (212)909-0862 |
| Facsimile: (305) 379-9626 | |
| | **Attorneys for Defendant,** |
| **Attorneys for Allied Interstate, LLC** | **GE Capital Retail Bank** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2014, I electronically filed the foregoing with the Clerk for the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel listed below and to all counsel of record.

Robert W. Murphy, Esq.
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(via CM/ECF)

Julie A. Petrick, Esq.
Lyngklip & Associates Consumer Law Center, PLC
24500 Northwestern Highway, Suite 206
Southfield, MI 48075
(via CM/ECF)

                          /s/    Stanley M. Weston
                      Attorney for GE Capital Retail Bank