# UNITED STATES DISTRICT COURT
# IN THE MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

### CASE NO.:5:14-cv-00047-WTH-PRL

PAMELA TRAVAGLIO, an individual,
on behalf of herself and all others similarly
situated,

    Plaintiff,

    **CLASS ACTION**

-vs-

GE CAPITAL RETAIL BANK, a national
banking association, and ALLIED INTERSTATE,
LLC, a Minnesota limited liability company,

    Defendants.
_____/

## JOINT NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Pamela Travaglio, an individual, and Defendants, GE Capital Retail Bank, a national banking association, and Allied Interstate, LLC, a Minnesota limited liability company, by and through their undersigned attorneys, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby file this their joint notice of dismissal with prejudice as to the individual claims of Plaintiff and without prejudice as to the claims of the putative class members. Each party shall bear their own own attorney's fees and costs.

    / Robert W. Murphy
    ROBERT W. MURPHY
    Florida Bar No. 717223
    1212 S.E. 2nd Avenue
    Ft. Lauderdale, FL 33316
    (954) 763-8660 Telephone
    (954) 763-8607 Telecopier
    Email: rphyu@aol.com
    and rwmurphy@lawfirmmurphy.com

JULIE A. PETRIK (P47131)
*Admitted pro hac vice*
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864 Telephone
Email: julie@michiganconsumerlaw.com

COUNSEL FOR PLAINTIFF


/s/ Stanley M. Weston
STANLEY M. WESTON
smweston@mppkj.com
JAMES F. MOSELEY, ESQUIRE
jfmoseley@mppkj.com
MOSELEY, PRICHARD, PARRISH, KNIGHT &
JONES
501 West Bay Street
Jacksonville, Florida 32202
(904) 356-1306 Telephone
(904) 354-0194 Fax


JOSEPH L. NOGA, ESQUIRE
jnoga@jenner.com
JENNER & BLOCK, LLP
919 Third Avenue
New York, New York 10022-3908
(212) 891-1600 Telephone
(212) 891-1699 Fax
COUNSEL FOR GE CAPITAL RETAIL BANK

/s/ Lisa B. Kim
LISA B. KIM, ESQUIRE
lkim@reedsmith.com
FELICIA YU, ESQUIRE
fyu@reedsmith.com
REED SMITH, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
(213) 457-8000 Telephone
(213) 457-8080 Fax

> J. RANDOLPH LIEBLER, ESQUIRE
> jrl@lgplaw.com
> DORA F. KAUFMAN, ESQUIRE
> dfk@lgplaw.com
> LIEBLER, GONZALEZ & PORTUONDO
> Courthouse Tower, 25th Floor
> 44 W. Flagler Street
> Miami, FL 33130
> (305) 379-0400 Telephone
> (305) 379-9626 Fax
> COUNSEL FOR ALLIED INTERSTATE, LLC

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY on December 3, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on James F. Moseley, Esquire and Stanley M. Weston, Esquire, Moseley, Prichard, Parrish, Knight & Jones, 501 West Bay Street, Jacksonville, Florida 32202; Joseph L. Noga, Jenner & Block, LLP, 919 Third Avenue, New York, New York 10022-3908; J. Randolph Liebler, Esquire and Dora F. Kaufman, Esquire, Liebler, Gonzalez & Portuondo, Courthouse Tower, 25th Floor, 44 W. Flagler Street, Miami, FL 33130; Felicia Yu, Esquire and Lisa B. Kim, Esquire, Reed Smith, LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

> /s/  Robert W. Murphy
> Attorney